**Fill in this information to identify the case:**

Debtor name **Finish Robotics, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **24-21091**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 14, 2024__      X /s/ Ricky Houghton
                                   Signature of individual signing on behalf of debtor

                                   **Ricky Houghton**
                                   Printed name

                                   **President**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Finish Robotics, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **24-21091**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**    **Summary of Assets**

---

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................    $ _____**0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $ _____**66,067.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................    $ _____**66,067.00**

---

**Part 2:**    **Summary of Liabilities**

---

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**50,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____**0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____**1,248,128.49**

4.    Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b    $ _____**1,298,128.49**

| Fill in this information to identify the case: |
|---|

| Debtor name | **Finish Robotics, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **24-21091** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Brex Treasury LLC/HINSBK** | **Checking** | **6764** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.

| Debtor | **Finish Robotics, Inc.** | Case number *(If known)* **24-21091** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Multiple Screw, bolts, nuts (new - unboxed)** | **N/A** | **Unknown** | **Liquidation** | **$400.00** |
| | **Bunch, mulitple misc wiring terminals (New - unboxed)** | **N/A** | **Unknown** | **Liquidation** | **$50.00** |
| | **Misc. Electronic sensors** | **N/A** | **Unknown** | **Liquidation** | **$500.00** |
| | **(2) Precision Laser sensors** | **N/A** | **Unknown** | **Liquidation** | **$600.00** |
| | **Graco 395 Airless Sprayer** | **N/A** | **Unknown** | **Liquidation** | **$800.00** |
| | **Graco 650 PC PRO Airless Sprayer** | **N/A** | **Unknown** | **Liquidation** | **$2,350.00** |
| | **(2) Small air compressor** | **N/A** | **Unknown** | **Liquidation** | **$140.00** |
| | **(2) Short air compressor hoses** | **N/A** | **Unknown** | **Liquidation** | **$20.00** |
| | **Bunch, mulitple connectors, fittings** | **N/A** | **Unknown** | **Liquidation** | **$10.00** |
| | **Graco Cordless Handheld sprayer** | **N/A** | **Unknown** | **Liquidation** | **$400.00** |
| | **Batch (multiple) spools or loose cable (without connectors)** | **N/A** | **Unknown** | **Liquidation** | **$50.00** |

| Debtor | **Finish Robotics, Inc.** | | | Case number *(If known)* **24-21091** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Batch (multiple) connectors** | N/A | Unknown | Liquidation | $150.00 |
| **Custom Linear ball screw rail** | N/A | Unknown | Liquidation | $750.00 |
| **(2) Rivnut hand tools** | N/A | Unknown | Liquidation | $120.00 |
| **Tool box with misc tools on wheels** | N/A | Unknown | Liquidation | $250.00 |
| **Cart with holder for bins** | N/A | Unknown | Liquidation | $50.00 |
| **Box of misc fanuc cables /connectors** | N/A | Unknown | Liquidation | $50.00 |
| **Box of misc painting supplies, tape, tarps, etc.** | N/A | Unknown | Liquidation | $25.00 |
| **Portable Lowes tool box on wheels with 3 compartments** | N/A | Unknown | Liquidation | $75.00 |
| **(20) Misc. collection of graco paint tips** | N/A | Unknown | Liquidation | $400.00 |
| **Box lighted switches** | N/A | Unknown | Liquidation | $20.00 |
| **ATI Air actuated industrial arm sander: Model # 9150-aov-01** | N/A | Unknown | Liquidation | $2,500.00 |
| **Box plastic enclosures and wire harnesses** | N/A | Unknown | Liquidation | $120.00 |
| **Set of drywall mudding tools** | N/A | Unknown | Liquidation | $50.00 |
| **24 VDC to 120 VAC inverter** | N/A | Unknown | Liquidation | $300.00 |
| **Custom linear belt drive rail with gearing** | N/A | Unknown | Liquidation | $1,000.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $11,180.00 |
|---|

| Debtor | **Finish Robotics, Inc.** | Case number *(If known)* **24-21091** |
|---|---|---|
| | Name | |

24. **Is any of the property listed in Part 5 perishable?**
 ■ No
 ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
 ■ No
 ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

 ■ No. Go to Part 7.
 ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ☐ No. Go to Part 8.
 ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Wide shelf TV display** | **Unknown** | **Liquidation** | **$25.00** |
| | **Wide shelf TV display (new)** | **Unknown** | **Liquidation** | **$50.00** |
| | **40 ft shipping container** | **Unknown** | **Liquidation** | **$1,681.00** |
| | **(5) Small off brand self raising desks** | **Unknown** | **Liquidation** | **$300.00** |
| | **(2) Medium off brand self raising desks** | **Unknown** | **Liquidation** | **$150.00** |
| | **(9) Office chairs** | **Unknown** | **Liquidation** | **$450.00** |
| | **(3) LG 1920x1080 monitors** | **Unknown** | **Liquidation** | **$75.00** |
| | **55 inch LG TV** | **Unknown** | **Liquidation** | **$300.00** |
| | **50 inch Samsung TV** | **Unknown** | **Liquidation** | **$250.00** |
| | **(5) Small wheeled filing cabinets** | **Unknown** | **Liquidation** | **$100.00** |
| | **4K 43 inch samsung TV (un43nu)** | **Unknown** | **Liquidation** | **$250.00** |

Debtor    **Finish Robotics, Inc.**                                          Case number (If known)  **24-21091**
         Name

| | | | |
|---|---|---|---|
| White board on wheels | Unknown | Liquidation | $50.00 |
| Small standing desk on wheels | Unknown | Liquidation | $25.00 |
| Office coffee maker (large drip commercial) | Unknown | Liquidation | $100.00 |
| Metal storage box (small) | Unknown | Liquidation | $20.00 |
| Conference table and (8) chairs (low quality) | Unknown | Liquidation | $50.00 |
| Loveseat / chair / coffee table (low quality) | Unknown | Liquidation | $100.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| (6) Intel Realsense L515 | Unknown | Liquidation | $3,600.00 |
| Intel Realsense D435 | Unknown | Liquidation | $200.00 |
| Nvidia Jetson AGX | Unknown | Liquidation | $400.00 |
| (4) Dell laptops | Unknown | Liquidation | $2,400.00 |
| Intel server for software builds | Unknown | Liquidation | $150.00 |
| Embedded network switches | Unknown | Liquidation | $200.00 |
| Conference USB speaker/camera | Unknown | Liquidation | $45.00 |
| Bunch misc extension cords | Unknown | Liquidation | $20.00 |
| Bunch / box misc USB cables | Unknown | Liquidation | $50.00 |
| Bunch / box keyboard / mice | Unknown | Liquidation | $50.00 |
| (3) Dell UBS hubs | Unknown | Liquidation | $180.00 |
| Shop vac | Unknown | Liquidation | $50.00 |
| (5) Jetson Nano computers | Unknown | Liquidation | $250.00 |
| (8) Intel RealSense Devices | Unknown | Liquidation | $2,400.00 |

| Debtor | **Finish Robotics, Inc.** | Case number *(If known)* | **24-21091** |
|---|---|---|---|
| | Name | | |

| Bunch misc minor sensors | Unknown | Liquidation | $100.00 |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $14,071.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **8.5x16 Discovery ET - dual axle pull behind enclosed trailer** | Unknown | Liquidation | $6,500.00 |
| 48.2.  **7 meter linear rail (with stands) no sled, no gear box** | Unknown | Liquidation | $1,750.00 |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**DEWALT 20V MAX Cordless Drywall Sander** | Unknown | Liquidation | $400.00 |
| **DeWalt 20V hand sander** | Unknown | Liquidation | $30.00 |
| **DeWalt 20v drill** | Unknown | Liquidation | $56.00 |
| **(4) DeWalt 20V batteries** | Unknown | Liquidation | $80.00 |
| **Decommissioned Genie 4046** | Unknown | Liquidation | Unknown |

| Debtor | **Finish Robotics, Inc.** | | Case number (If known) | **24-21091** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Decommissioned Genie 1932** | Unknown | **Liquidation** | **Unknown** |
| **CRX 10/ial Fanuc Industrial arm** | Unknown | **Liquidation** | **$31,000.00** |
| **Graco automation spray head** | Unknown | **Liquidation** | **$400.00** |
| **24 VDC to 120 VAC inverter** | Unknown | **Liquidation** | **$300.00** |
| **Decommissioned Genie 1330m** | Unknown | **Liquidation** | **Unknown** |
| **(2) Shock vibe sensors - used** | Unknown | **Liquidation** | **$300.00** |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$40,816.00** |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease for 12 South Avenue, Sewickley, PA 15143** | **Lease** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

| Debtor | **Finish Robotics, Inc.** | Case number *(If known)* **24-21091** |
|---|---|---|
| | Name | |

■ No
☐ Yes

<table><tr><td style="background:black;color:white">Part 10:</td><td>**Intangibles and intellectual property**</td></tr></table>

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **See attached** | **Unknown** | **N/A** | **Unknown** |
| | **See attached** | **Unknown** | **Liquidation** | **Unknown** |
| 61. | **Internet domain names and websites** **finishbot.com** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** **Software: build system** | **Unknown** | **Liquidation** | **Unknown** |
| | **Software: C++ robotic system control software** | **Unknown** | **Liquidation** | **Unknown** |
| | **Software: Python command/control software** | **Unknown** | **Liquidation** | **Unknown** |
| | **Software: C# UI source code** | **Unknown** | **Liquidation** | **Unknown** |
| | **Software: Karel code for Fanuc** | **Unknown** | **Liquidation** | **Unknown** |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Debtor | **Finish Robotics, Inc.** | Case number *(If known)* **24-21091** |
| --- | --- | --- |
| | Name | |

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Cause of action against Robert Meyers** | | **Unknown** |
| --- | --- | --- |
| Nature of claim | **Tortious interference** | |
| Amount requested | **$0.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$0.00** |
| --- |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor    **Finish Robotics, Inc.**                                      Case number *(If known)*  **24-21091**
　　　　　Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $11,180.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,071.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,816.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $66,067.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $66,067.00 |

**Attachment to Schedule A/B, No. 60**

# United States of America

### United States Patent and Trademark Office

# ONE COAT TO SPEC

**Reg. No. 7,281,493**

**Registered Jan. 16, 2024**

**Int. Cl.: 37, 41**

**Service Mark**

**Supplemental Register**

Finish Robotics Inc.  (DELAWARE CORPORATION)
12 South Ave
Sewickley, PENNSYLVANIA 15143

CLASS 37: rental of robots for building construction; rental of robots for building maintenance; rental of robots for painting; rental of robots for installing drywall; rental of robots for power washing; rental of robots for cleaning interior and exterior building surfaces and otherwise preparing the surfaces for painting or coating; rental of robots for applying spray coatings; construction services, namely, robot-assisted drywall installation, cleaning of interior and exterior building surfaces and otherwise preparing the surfaces for painting or coating, and painting and applying coatings to building interiors and exteriors

FIRST USE 8-10-2023; IN COMMERCE 8-10-2023

CLASS 41: training services in the field of robot-assisted construction; training services in the field of robot-assisted surface cleaning and surface preparation and coating; providing training of technicians, engineers and contractors in the field of robot-assisted construction services

FIRST USE 8-10-2023; IN COMMERCE 8-10-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-468,058, FILED P.R. 06-21-2022; AM. S.R. 08-11-2023



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



## Finish Robotics - Index of IP Products (prepared by Karen Sutton on 15April2024 (Rev0)

| Att. Dkt. No. | Title as filed | Appl. Type | Serial No. | Filing Date |
|---|---|---|---|---|
| 137-1 RH | Method and Assembly for Monitoring Coating Material Quantity in Containers used in Robotic Coating Applications | utility | 17/837,637 | 10-Jun-22 |
| 137-4 RH | finishbot | tm | 97353873 | 8-Apr-22 |
| 137-5 RH | finish robotics | tm | 97353885 | 8-Apr-22 |
| 137-6 RH | one coat to spec | tm R | | |
| 137-7 RH | finishbot autonomous coating system | tm | 97468033 | 21-Jun-22 |
| 137-8 RH | fully and semi-autonomous sheet hanging robotic platform system/method | utility | 18/483,559 | 10-Oct-23 |
| 137-10 RH | semi-autonomous mobile robotic laser ablation system and method | ppa | 63/585,099 | 25-Sep-23 |
| 137-11 RH | copyright/s | c | na | TBD |
| | | | | |
| | | | | |

Abbreviations:

| | |
|---|---|
| tm | trademark |
| ppa | provisional patent application |
| c | copyright |

**Fill in this information to identify the case:**

Debtor name **Finish Robotics, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **24-21091**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Advanced Construction Robotics, Inc.**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$50,000.00** | **$50,000.00** |

**2500 South Noah Drive
Saxonburg, PA 16056**
Creditor's mailing address

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Date debt was incurred**
**04/18/2024**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$50,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Beau Beard, Esq.**<br>**Stonecipher Law Firm**<br>**200 Alpha Drive**<br>**Pittsburgh, PA 15238** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name  **Finish Robotics, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **24-21091**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Amazon (AWS)**<br>**410 Terry Ave. North**<br>**Seattle, WA 98109-5210**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number  **1256** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Vendor<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35.62** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Andrew Kuzneski III**<br>**27 North 6th Street**<br>**Indiana, PA 15701**<br>Date(s) debt was incurred  **07/2023**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$32,500.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Andrew Kuzneski III**<br>**27 North 6th Street**<br>**Indiana, PA 15701**<br>Date(s) debt was incurred  **02/2024**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Brex Bank Account/Credit Card**<br>**50 W. Broadway, Ste 333**<br>**#15548**<br>**Salt Lake City, UT 84101**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number  **6764** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Overdrawn<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,274.79** |

| Debtor | **Finish Robotics, Inc.** | | Case number (if known) | **24-21091** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Carnegie Mellon University**
**4765 Forbes Avenue**
**Pittsburgh, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2021**

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$486.06** |
|---|---|---|---|

**Columbia Gas**
**P.O. Box 70285**
**Philadelphia, PA 19176-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2024**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.99** |
|---|---|---|---|

**Comcast**
**P.O. Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2024**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **n543**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$482.56** |
|---|---|---|---|

**Duquesne Light Company**
**Payment Processing**
**P.O. Box 10**
**Pittsburgh, PA 15230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2024**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **0630**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00** |
|---|---|---|---|

**Edward Engler**
**1618 Blackburn Heights Dr.**
**Sewickley, PA 15143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2023**

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,331.00** |
|---|---|---|---|

**FANUC America Corporation**
**3900 West Hamlin Road**
**Rochester, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7138**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168,595.00** |
|---|---|---|---|

**FI Fund I, a Series of 99 Tartans, LP**
**P.O. Box 3217**
**Seattle, WA 98114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2023**

Basis for the claim:  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Finish Robotics, Inc.** | Case number (if known) | **24-21091** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |

**Finish Robotics, a series of Master Fund**
**500 11th Avenue N.**
**Suite 790**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/2024

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |

**Innovation Works**
**Two Allegheny Center**
**Suite 100**
**Pittsburgh, PA 15212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/2022

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Innovation Works**
**Two Allegheny Center**
**Suite 100**
**Pittsburgh, PA 15212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/2023

**Basis for the claim:  _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |

**Lead Pencil LLC**
**c/o Jordan Park Group LLC**
**100 Pine St, Suite 2600**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April 2022

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00** |

**Lone Oak Technology LLC**
**264 Eicher Road**
**Pittsburgh, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |

**Magnesium Ventures**
**1805 Bellevue Ave**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  July 2023

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.37** |

**Microsoft / Software subscription**
**One Microsoft Way**
**Redmond, WA 98052-6399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April 2024

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Finish Robotics, Inc.** | Case number (if known) | **24-21091** |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Pitt Crew III, LLC**
**629 N High St 6th floor**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2021**

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169.18**

**PrimePay**
**1487 Dunwoody Drive**
**West Chester, PA 19380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.40**

**Quickbooks**
**Intuit Corporate Headquarters**
**2632 Marine Way**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2024**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1655**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,622.82**

**Reed Smith, LLP**
**c/o Brad Funari, Esq.**
**225 Fifth Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2023**

Basis for the claim:  **Legal Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Ricky Houghton**
**10522 Meinert Road**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/17/2021**

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,837.00**

**Ricky Houghton**
**10522 Meinert Road**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Taxes & Expenses**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Robert Meyer III**
**109 Bramston Drive**
**Hampton, VA 23666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Finish Robotics, Inc.** | Case number (if known) | **24-21091** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Robert Meyer IV**
**Wealdstone Road**
**Cranberry Twp, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  07/17/2021

**Basis for the claim:  Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.70 |
|---|---|---|---|

**Sewickley Water Authority**
**900 Ohio River Boulevard**
**Sewickley, PA 15143-2024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April 2024

**Basis for the claim:  Utilities**

Last 4 digits of account number  6392

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Tango VC**
**PO Box 3217**
**Seattle, WA 98114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  October 2021

**Basis for the claim:  Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Tom Galluzzo**
**101 Sarah Court**
**Gibsonia, PA 15044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  July 2023

**Basis for the claim:  Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Yibo Xing**
**587 Maybell Avenue**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  September 2021

**Basis for the claim:  Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**ZR Investments**
**3116 Kellway Drive**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  August 2023

**Basis for the claim:  Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor    **Finish Robotics, Inc.**
_____
Name

Case number (if known)   **24-21091**
_____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ _____ **1,248,128.49** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **1,248,128.49** |

**Fill in this information to identify the case:**

Debtor name        **Finish Robotics, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **24-21091**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 12 South Ave, Sewickley PA 15143** | |
|---|---|---|---|
| | State the term remaining | **5 months** | |
| | List the contract number of any government contract | | **Lone Oak Technology LLC**<br>**264 Eicher Road**<br>**Pittsburgh, PA 15237** |

**Fill in this information to identify the case:**

Debtor name     **Finish Robotics, Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)     **24-21091**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br><br>City     State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City     State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City     State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City     State     Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   **Finish Robotics, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **24-21091**

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | **$4,500.00** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | **$33,335.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Finish Robotics, Inc.** | | Case number *(if known)* | **24-21091** |

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Karen Sutton**<br>**216 Horseshoe Drive**<br>**Mars, PA 16046** | **04/18/2024** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Partial retainer for IP**<br>**Legal services** |
| 3.2. | **Highmark**<br>**P.O. Box 360513**<br>**Pittsburgh, PA 15251** | **Various** | **$12,842.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **Lone Oak Technology LLC**<br>**264 Eicher Road**<br>**Pittsburgh, PA 15237** | **Various** | **$8,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent** |
| 3.4. | **GUSTO**<br>**Payroll Service**<br>**55 20th Street**<br>**San Francisco, CA 94107** | **Various** | **$21,454.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.5. | **SSBTrustOps** | **Various** | **$9,030.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **401(K) Plan Sponder** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Ricky Houghton**<br>**10522 Meinert Road**<br>**Wexford, PA 15090**<br>**Presient** | **Monthly** | **$12,000.00** | **Health insurance premiums** |
| 4.2. | **Ricky Houghton**<br>**10522 Meinert Road**<br>**Wexford, PA 15090**<br>**President** | **Various** | **$1,300.00** | **Reimbursement of expenses to**<br>**preserve IP** |

| Debtor | **Finish Robotics, Inc.** | Case number *(if known)* **24-21091** |
|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

### Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor   **Finish Robotics, Inc.**                                    Case number *(if known)*  **24-21091**

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Campbell & Levine, LLC 1700 Grant Building Pittsburgh, PA 15219** | | **03/11/2024** | **$2,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Campbell & Levine, LLC 1700 Grant Building Pittsburgh, PA 15219** | | **04/18/2024** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Advanced Construction Robotics, Inc. 2500 South Noah Drive Saxonburg, PA 16056** | **Security interest in Debtor's assets in contemporaneous exchange for $50,000 loan** | **04/18/2024** | **$50,000.00** |
| | Relationship to debtor | | | |

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor    **Finish Robotics, Inc.**                                    Case number *(if known)* **24-21091**

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **Finish Robotics, Inc.**                                               Case number *(if known)* **24-21091**

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**

    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**

    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor   **Finish Robotics, Inc.**                                Case number *(if known)* **24-21091**

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Brex.com** **Corporation Service Company** **2710 Gateway Oaks Drive** **Sacramento, CA 95833** | **July 2021 to present** |
| 26a.2. **Quickbooks / Intuit** **2700 Coast Avenue** **Mountain View, CA 94043** | **September 2021 to present** |
| 26a.3. **DeBlasio and DeBlasio Associates** **447 Washington Avenue** **Bridgeville, PA 15017** | **July 2021 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ricky Houghton | 10522 Meinert Road Wexford, PA 15090 | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor  **Finish Robotics, Inc.**                                                                    Case number *(if known)* **24-21091**

---

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 14, 2024**

**/s/ Ricky Houghton**                                      **Ricky Houghton**

Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Finish Robotics, Inc.** _____    Case No.  **24-21091** _____

_____ Debtor(s)    Chapter  **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly rates** |
| Prior to the filing of this statement I have received | $ | **27,500.00** |
| Balance Due | $ | **TBD** |

2.   $ **388.00**     of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☑ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ☑ Debtor          ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]
         **Services included in the engagement of Campbell & Levine, LLC are set forth in an engagement letter executed
         by the Debtor(s).**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Services not included in the engagement of Campbell & Levine, LLC are set forth in an engagement letter
     executed by the Debtor(s).**

     **\* Debtor(s) has/have agreed to pay Campbell & Levine, LLC at the firm's normal hourly rate.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

|  |  |
|---|---|
| May 14, 2024 | /s/ Jeanne S. Lofgren |
| *Date* | **Jeanne S. Lofgren** |
| | *Signature of Attorney* |
| | **Campbell & Levine, LLC** |
| | **310 Grant Street, Suite 1700** |
| | **Pittsburgh, PA 15219** |
| | **412-261-0310  Fax: 412-261-5066** |
| | **jlofgren@camlev.com** |
| | *Name of law firm* |

**United States Bankruptcy Court**
**Western District of Pennsylvania**

In re    **Finish Robotics, Inc.**                                                    Case No.    **24-21091**

                                            Debtor(s)              Chapter    **7**


# VERIFICATION OF CREDITOR MATRIX


I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:    **May 14, 2024**                              **/s/ Ricky Houghton**

                                             **Ricky Houghton**/**President**
                                             Signer/Title