**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE District of -**

**RE:** :

    : Bankruptcy Number:
    :
    :
**Debtor** : Chapter:
    :
    :
    :
    :
    :

**REQUEST FOR NOTICES**

**TO THE CLERK OF THE U. S. BANKRUPTCY COURT**

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, , hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated:

By: _____/S/_____

Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email:

UC-666 03-23 (Page )