# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Finish Robotics, Inc. |
|---|---|
| CASE NO. | 24-21091-GLT |
| RELATED TO DOCUMENT NO. | 12 and 16 – Creditor Request for Notices |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Creditor Request for Notices** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

THE CREDITOR REQUEST FOR NOTICES FILED AT DOC.NO. 12 AND 16 WERE BLANK AND MUST BE REFILED TO INCLUDE A COMPLETE CASE CAPTION AND THE FILER'S ELECTRONIC SIGNATURE.

You must file THE CREDITOR REQUEST FOR NOTICES within ten (10) days of the date of this notice.

**Please attach a copy of this Notice to the front of the Creditor Request for Notices that is filed in response to this Notice.**

|  |  |
|---|---|
| May 23, 2024 | By: /s/Maggie Schuck |
| Date | Deputy Clerk |

#106c-I