**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | **Finish Robotics, Inc.** |
|---|---|
| **CASE NO.** | **24-21091-GLT** |
| **RELATED TO DOCUMENT NO.** | **28- Objection to Claim of FI5 Fund I, a series of Roll Up Vehicles, LP at Claim Number 8 and 12.** |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

Objection to Claim of FI5 Fund I, a series of Roll Up Vehicles, LP at Claim Number 8 and 12. that you submitted has been accepted for filing.  However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

All pleadings filed with the court must comply with PAWB 9004-1 and include a proper caption including Debtor, Movant, Respondent and include a proposed order. The Objection to Claim 8 and 12 must be refiled to comply with the court rules and include a proposed order and a proper caption.

| | | |
|---|---|---|
| September 10, 2024 | By: | /s/ Dmitriy Kampov |
| Date | | Deputy Clerk |

#106c-I