# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 9/10/2024 |
| Case: 24–21091–GLT | Form ID: pdf900 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr          Lead Pencil LLC          C/O Jordan Park roup LLC          100 Pine St. Suite 2600          San Francisco, CA 94111

TOTAL: 1