## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| **CASE NAME** | **Finish Robotics, Inc.** |
|---|---|
| **CASE NO.** | **24-21091-GLT** |
| **RELATED TO DOCUMENT NO.** | **29- Objection to Claim of Ricky a Houghton at Claim Number 14**. |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

Objection to Claim of Ricky a Houghton at Claim Number 14 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

All pleadings filed with the court must comply with PAWB 9004-1 and include a proper caption including Debtor, Movant, Respondent and include a proposed order. The Objection to Claim 14 must be refiled to comply with the court rules and include a proposed order and a proper caption.

|  |  |
|---|---|
| September 10, 2024 | By: /s/ Dmitriy Kampov |
| Date | Deputy Clerk |

#106c-I