**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | **Finish Robotics, Inc.** |
|---|---|
| CASE NO. | **24-21091-GLT** |
| RELATED TO DOCUMENT NO. | **28- Objection to Claim of FI5 Fund I, a series of Roll Up Vehicles, LP at Claim Number 8 and 12.** |

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

Objection to Claim of FI5 Fund I, a series of Roll Up Vehicles, LP at Claim Number 8 and 12. that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

All pleadings filed with the court must comply with PAWB 9004-1 and include a proper caption including Debtor, Movant, Respondent and include a proposed order. The Objection to Claim 8 and 12 must be refiled to comply with the court rules and include a proposed order and a proper caption.

|  |  |
|---|---|
| September 10, 2024 | By: /s/ Dmitriy Kampov |
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21091-GLT |
| Finish Robotics, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Lead Pencil LLC, C/O Jordan Park roup LLC, 100 Pine St. Suite 2600, San Francisco, CA 94111-5212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 13, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | |
| | ra-li-ucts-bankpitts@state.pa.us |
| Crystal H. Thornton-Illar | |
| | cthornton-Illar@leechtishman.com  PA95@ecfcbis.com |
| Crystal H. Thornton-Illar | |
| | on behalf of Trustee Crystal H. Thornton-Illar cthornton-Illar@leechtishman.com  PA95@ecfcbis.com |
| George T. Snyder | |
| | on behalf of Creditor Advanced Construction Robotics  Inc. gsnyder@stonecipherlaw.com |
| Jeanne S. Lofgren | |
| | on behalf of Debtor Finish Robotics  Inc. jlofgren@camlev.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                        User: auto                        Page 2 of 2
Date Rcvd: Sep 11, 2024                Form ID: pdf900                Total Noticed: 1
TOTAL: 6