IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Finish Robotics, Inc., | Case No. 24-21091 |
| | Chapter 7 |
| Debtor. | |
| Lead Pencil LLC, | |
| Objecting Party, | |
| v. | |
| FI Fund I, a Series of 99 Tartans, LP, | |
| Respondent. | |

FILED
2024 SEP 16 A 9:55
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

OBJECTION TO PROOF OF CLAIM

Lead Pencil LLC, a creditor in the above-captioned case, hereby objects to Proof of Claim No. 11 filed by FI Fund I, a Series of 99 Tartans, LP ("Respondent") on August 27, 2024 in the amount of $181,066.41 ("the Claim").

FACTUAL BACKGROUND

1. Respondent's claim of $181,066.41 consists of $168,595.00 in principal, and $12,471.41 in accrued interest. The exact dates used for this interest calculation were not provided.

2. Documentation attached to Respondent's claim does not have a fully specified date, but appears to be around July 2023.

3. Interest calculation of $12,471.41 amounts to 9 months of simple interest at 10%.

4. Debtor filed for bankruptcy as of May 3, 2024

5. On information and belief Respondent has previously invested in Finish Robotics, with a deposit of $204,595 made to Finish Robotics account on May 13, 2022.

6. On or about November 29, 2022 Respondent subsequently filed a lawsuit against Ricky Houghton personally, seeking to have the

    full investment amount returned.  See case ID **GD-22-014492** filed in Allegheny County, Pennsylvania.

7. On information and belief Finish Robotics recorded a payment of $36,000 to Respondent on August 1, 2023.  The lawsuit changed to Discontinued status as of August 7, 2023.  The proof of claim filed by Respondent shows an initial principal amount of $36,000 less than the investment made in May 2022.

8. On information and belief the transaction log of Finish Robotics, attached hereto as Exhibit A, does not show any payment in the amount of $168,595.00 as listed in the proof of claim from Respondent.  There also does not appear to be any incoming transfers from Respondent around the time of the date on the proof of claim filed.

## GROUNDS FOR OBJECTION

The Claim should be disallowed because Respondent never paid the initial principal amount of the alleged debt based on the documents filed.

## LEGAL ARGUMENT

Under basic contract law, a valid contract requires consideration from both parties. Consideration is something of value given by both parties to a contract that induces them to enter into the agreement. In this case, if the creditor never paid the initial principal, there was no consideration provided, and thus no valid contract was formed.

If the Respondent intended to connect this claim to an amended investment from May 2022, the provided proof is insufficient, as the original agreement was not provided, and the agreement that led to the $36,000 return payment was also not provided for other creditors to inspect.

RELIEF REQUESTED

WHEREFORE, Lead Pencil LLC respectfully requests that the Court:
1. Enter an order disallowing Proof of Claim No. 11 in its entirety;
2. Grant such other and further relief as the Court deems just and proper.

Dated: September 5, 2024                Respectfully submitted,

*[signature]*

Michael Donohue, manager
Lead Pencil LLC
Pro se

EXHIBIT A

Transaction log of Debtor's Brex account from July 1, 2023 to September 30, 2023.

| Date | To/From | Amount | Balance | Memo | External Memo | Originator Identific | Initiated By | Method | Status |
|---|---|---|---|---|---|---|---|---|---|
| 9/30/23 | Brex Card | -2058.78 | 50345.95 | | | | Brex | Card paymer | Complete |
| 9/28/23 | GUSTO | -2131.56 | 52404.73 | | TAX 150775 | 6semjv8731g | | ACH | Complete |
| 9/28/23 | GUSTO | -3705.35 | 54536.29 | | NET 150813 | 6semjv8731f | | ACH | Complete |
| 9/27/23 | GUSTO | -5000 | 58241.64 | | CND 138020 | 6semjv8af1d | | ACH | Complete |
| 9/27/23 | GUSTO | -6250 | 63241.64 | | CND 138020 | 6semjv8ae7c | | ACH | Complete |
| 9/26/23 | PRIMEPAY | -15 | 69491.64 | | DEBCARDTX | FR409587219409S | | ACH | Complete |
| 9/21/23 | CHUBB-SCI | -2719.45 | 69506.64 | | DIRECT DEB | SCI | | ACH | Complete |
| 9/19/23 | Carcharadon LLC | 1611.08 | 72226.09 | | Terex Reimbursement | | Colleen Faller | ACH return | Complete |
| 9/19/23 | SSBTRUSTOPS | -1314.58 | 70615.01 | | P/R CONTR | | | ACH | Complete |
| 9/19/23 | PRIMEPAY | -17.28 | 71929.59 | | DEBCARDTX | FR409587219409S | | ACH | Complete |
| 9/19/23 | Lone Oak Technology, LLC | -4200 | 71946.87 | rent september | | | Colleen F | Check | Complete |
| 9/18/23 | Carcharadon LLC | -1611.08 | 76146.87 | | Terex Reimbursement | | Colleen Faller | ACH | Complete |
| 9/18/23 | Robert Myer | -2000 | 77757.95 | September payment | | | Colleen F | Check | Complete |
| 9/15/23 | Karen T.W. Sutton | -3215 | 79575.95 | Patent Help | Finish Robotics 815 | | Colleen Faller | Check | Complete |
| 9/14/23 | GUSTO | -2131.58 | 82972.95 | | TAX 808062 | 6semjv4t9m | | ACH | Complete |
| 9/14/23 | GUSTO | -3705.34 | 85104.53 | | NET 807837 | 6semjv4t9l | | ACH | Complete |
| 9/14/23 | PRIMEPAY | -14.23 | 88809.87 | | DEBCARDTX | FR409587219409S | | ACH | Complete |
| 9/11/23 | PRIMEPAY INVOICE | -50 | 88824.1 | | INVOICE | 00000tWzhAAE001 | | ACH | Complete |
| 9/6/23 | ZR INVESTMENTS LLC | 25000 | 88874.1 | | ROCKY CHERRY | | | Wire | Complete |
| 9/6/23 | GUSTO | -210.79 | 63874.1 | | FEE 643599 | 6semjv35570 | | ACH | Complete |
| 9/6/23 | GUSTO | -3705.35 | 64084.89 | | P/R CONTR | | | ACH | Complete |
| 9/6/23 | SSBTRUSTOPS | -1314.58 | 65399.47 | | GUIDELINE | ST-D6G5L8Q8U4H2 | | ACH | Complete |
| 9/6/23 | GUIDELINE RETIRE | -65 | 65464.47 | | NET 456158 | 6semjv0vtua | | ACH | Complete |
| 8/30/23 | GUSTO | -3705.36 | 69169.83 | | TAX 456123 | 6semjv0vtub | | ACH | Complete |
| 8/30/23 | GUSTO | -2131.54 | 71301.37 | | | | | ACH | Complete |
| 8/30/23 | Brex Card | -3036.06 | 74337.43 | | | | Brex | Card paymer | Complete |
| 8/29/23 | GUSTO | -6250 | 80567.43 | | CND 435581 | 6semjv14129 | | ACH | Complete |
| 8/25/23 | Carcharadon LLC | -694 | 81261.43 | | Finish Robotics INV 7345481 | | Colleen Faller | Check | Complete |
| 8/23/23 | Terex USA, LLC | 1 | 81280.43 | | DEBCARDTX | FR409587219409S | | ACH return | Complete |
| 8/23/23 | PRIMEPAY | -37.17 | 81317.6 | Finish Robotics INV 73454 | Finish Robotics INV 7345481 | | Colleen Faller | ACH | Complete |
| 8/22/23 | Terex USA, LLC | -1 | 81318.6 | | | | Colleen Faller | ACH | Complete |
| 8/22/23 | Reed Smith LLP | -2500 | 83818.6 | | Finish Robotics Payment- please put this Colleen Faller | | | ACH | Complete |
| 8/21/23 | SSBTRUSTOPS | -1314.58 | 85133.18 | | P/R CONTR | | | ACH | Complete |
| 8/17/23 | EFD - NASAA | -985 | 86118.18 | | EFD FILING | 780829 | | ACH | Complete |
| 8/16/23 | Lone Oak Technology, LLC | -4000 | 90118.18 | august rent | | | Colleen Faller | Check | Complete |
| 8/16/23 | Reed Smith LLP | -2500 | 92618.18 | Finish Robotics payment | | | Colleen Faller | Check | Complete |
| 8/15/23 | SSBTRUSTOPS | -636 | 93254.18 | | P/R CONTR | | | ACH | Complete |
| 8/14/23 | Karen T.W. Sutton | -1400 | 94654.18 | | TAX 101963 | 6semjusr2rq | | ACH | Complete |
| 8/14/23 | GUSTO | -2131.56 | 96785.74 | | NET 104115 | 6semjusr2rp | | ACH | Complete |
| 8/14/23 | PRIMEPAY | -3705.35 | 100491.09 | | DEBCARDTX | FR409587219409S | | ACH | Complete |
| 8/11/23 | PRIMEPAY | -19.99 | 100742.09 | | DEBCARDTX | FR409587219409S | | ACH | Complete |

| Date | Description | Amount | Balance | Memo | Reference | Type | Status |
|---|---|---|---|---|---|---|---|
| 8/10/23 | GUSTO | -1406.46 | 100762.08 | NET 006339 | 6semjusr30o | ACH | Complete |
| 8/10/23 | PRIMEPAY INVOICE | -50 | 102168.54 | INVOICE | 00000tFn8AAE001 | ACH | Complete |
| 8/10/23 | GUSTO | -738.7 | 102218.54 | TAX 006532 | 6semjusr30p | ACH | Complete |
| 8/7/23 | Premium S.A. | -1384.37 | 102957.24 | Finish Robotics- 7123T - ODS-1500 24Vdc | Colleen Faller | Wire | Complete |
| 8/7/23 | GUIDELINE RETIRE | -65 | 104341.61 | GUIDELINE | ST-B1F3W1K1F0U4 | ACH | Complete |
| 8/4/23 | GUSTO | -197.95 | 104406.61 | FEE 936864 | 6semjus17lv | ACH | Complete |
| 8/4/23 | SSBTRUSTOPS | -68.15 | 104604.56 | P/R CONTR |  | ACH | Complete |
| 8/3/23 | MAGNESIUM VENTURES, LL | 75000 | 104672.71 | incoming transfer from MAGNESIUM VENTURES, LLC |  | Wire | Complete |
| 8/1/23 | 99 Tartans | -36000 | 29672.71 | 99T Settlement | 99T settlement Ricky Houghto | Wire | Complete |
| 8/1/23 | HIGHMARK | -3261.36 | 65672.71 | EDI PAYMTS | 39906395 | ACH | Complete |
| 8/1/23 | HIGHMARK | -3261.36 | 68934.07 | EDI PAYMTS | 39907377 | ACH | Complete |
| 8/1/23 | PRIMEPAY | -34.52 | 72195.43 | DEBCARDTX | FR4095872194095 | ACH | Complete |
| 7/31/23 | ANDREW J KUZNESKI | 24500 | 72229.95 | incoming transfer from ANDREW J KUZNESKI |  | Wire | Complete |
| 7/31/23 | MICHELLE L GALLUZZO | 10000 | 47729.95 | TOM GALLUZZO |  | Wire | Complete |
| 7/28/23 | EDWARD R ENGLER | 32500 | 37729.95 | INVESTING INTO BUSINESS |  | Wire | Complete |
| 7/28/23 | GUSTO | -176.59 | 5229.95 | TAX 732310 | 6semjupe46v | ACH | Complete |
| 7/28/23 | GUSTO | -600.69 | 5406.54 | NET 732294 | 6semjupe46u | ACH | Complete |
| 7/26/23 | Lone Oak Technology LLC | -4000 | 6007.23 | Finish Robotics Rent July | Colleen Faller | Wire | Complete |
| 7/26/23 | ANDREW J KUZNESKI | 8000 | 10007.23 | incoming transfer from ANDREW J KUZNESKI |  | Wire | Complete |
| 7/26/23 | PRIMEPAY | -60 | 2007.23 | DEBCARDTX | FR4095872194095 | ACH | Complete |
| 7/25/23 | PRIMEPAY | -156.38 | 2067.23 | DEBCARDTX | FR4095872194095 | ACH | Complete |
| 7/21/23 | HIGHMARK | -3261.36 | 2223.61 | EDI PAYMTS | 39775973 | ACH | Insufficient funds |
| 7/18/23 | SSBTRUSTOPS | -54.52 | 2278.13 | P/R CONTR |  | ACH | Complete |
| 7/17/23 | PRIMEPAY | -60 | 2338.13 | DEBCARDTX | FR4095872194095 | ACH | Complete |
| 7/13/23 | GUSTO | -491.94 | 2830.07 | NET 349923 | 6semjuldrh5 | ACH | Complete |
| 7/13/23 | GUSTO | -129.89 | 2959.96 | TAX 349748 | 6semjuldrh6 | ACH | Complete |
| 7/12/23 | PRIMEPAY | -157.86 | 3117.82 | DEBCARDTX | FR4095872194095 | ACH | Complete |
| 7/10/23 | PRIMEPAY INVOICE | -50 | 3167.82 | INVOICE | 00000t7HSAAY001 | ACH | Complete |
| 7/7/23 | GUSTO | -34.89 | 3202.71 | TAX 256840 | 6semjukrkj3 | ACH | Complete |
| 7/6/23 | GUSTO | -197.95 | 3400.66 | FEE 179792 | 6semjuk5kvl | ACH | Complete |
| 7/6/23 | GUIDELINE RETIRE | -65 | 3465.66 | GUIDELINE | ST-S4D2O9O9Q1W3 | ACH | Complete |
| 7/6/23 | CHUBB-SCI | -401.04 | 3866.7 | INS.PREM | SCI | ACH | Complete |
| 7/5/23 | SSBTRUSTOPS | -77.89 | 3944.59 | P/R CONTR |  | ACH | Complete |
| 7/5/23 | PRIMEPAY | -75 |  | DEBCARDTX | FR4095872194095 | ACH | Complete |

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2024, I caused a true and correct copy of the foregoing Objection to Proof of Claim to be served via First Class mail upon the following:

FI Fund I, a Series of 99 Tartans, LP
P.O. Box 3217
Seattle, WA 98114

Finish Robotics, Inc.
12 South Avenue
Sewickley, PA 15143

Jeanne S. Lofgren
Campbell & Levine, LLC
310 Grant Street
Suite 1700
Pittsburgh, PA 15219

Crystal H. Thornton-Illar, Trustee
LEECHTISHMAN
525 William Penn Place
28th Floor
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

_/s/ Michael B. Donohue_

Michael Donohue, Manager, pro se
Lead Pencil LLC