IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | **Finish Robotics, Inc.** |
|---|---|
| **CASE NO.** | **24-21091-GLT** |
| **RELATED TO DOCUMENT NO.** | **38- Objection to Claim of FI Fund I, a Series of 99 Tartans, LP at Claim Number 11**. |

NOTICE REGARDING
NONCONFORMING DOCUMENT

Objection to Claim of FI Fund I, a Series of 99 Tartans, LP at Claim Number 11 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

All pleadings filed with the court must include a proposed order. A proposed order with a proper caption must be filed for the Objection to Claim 11.

|  |  |
|---|---|
| September 16, 2024 | By:  /s/ Dmitriy Kampov |
| Date |  Deputy Clerk |

#106c-I