# Notice Recipients

| District/Off: 0315–2 | User: auto | Date Created: 9/16/2024 |
| Case: 24–21091–GLT | Form ID: pdf900 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr    Lead Pencil LLC    C/O Jordan Park roup LLC    100 Pine St. Suite 2600    San Francisco, CA 94111

TOTAL: 1