IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Finish Robotics, Inc., | ) Chapter 11 |
| Debtor. | ) Case No. 24-21091-GLT |

FILED
2024 SEP 20  A 10: 15
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Michael Donohue** | **Lead Pencil LLC** |
| Name and Address where notices to transferee should be sent: | Last known address: |
| c/o Jordan Park Group LLC<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Email: michael.donohue@gmail.com | c/o Jordan Park Group LLC<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111 |
| | Proof of Claim Number:  4-2<br>Amount of Claim:  $150,000<br>Date Claim Filed:  August 19, 2024 |

Name and Address where transferee payments should be sent (if different from above):  N/A

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any right to receive notice or hearing under Bankruptcy Rule 3001.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Michael B. Donohue___    Date: September 16, 2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

DB1/ 150843219.1                                  7

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court")
Attn: Clerk of the Court

AND TO: Finish Robotics, Inc. (the "Debtor")
*In re Finish Robotics, Inc.*, Case No. 24-21091-GLT

**Claim Number: 4-2**
**Claim Amount: $150,000**

**Lead Pencil LLC**, its successors and assigns ("Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to **Michael Donohue**, his successors and assigns ("Transferee") all rights, title and interest in and to Transferor's above-referenced claim against the Debtor (the "Claim") in the above-referenced case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the recording of the Claim in the name of the Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, if applicable, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered recognizing Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 16, 2024.

**Lead Pencil LLC**                               **Michael Donohue**

By: _/s/ Michael B. Donohue_                      _/s/ Michael B. Donohue_
Name: Michael B. Donohue
Title: Manager