# Notice Recipients

| District/Off: 0315−2 | User: auto | Date Created: 9/20/2024 |
|---|---|---|
| Case: 24−21091−GLT | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

15714489   Lead Pencil LLC   c/o Jordan Park Group LLC   100 Pine St, Suite 2600   San Francisco, CA 94111

TOTAL: 1