# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
                                                    )
   **Finish Robotics, Inc.**                        )
                                                    )   **Bankruptcy No. 24-21091-GLT**
                                                    )
                                                    )
**Filing Party Name and Address:**                  )
**Michael Donohue**                                 )
**C/O Jordan Park Group LLC**                       )
**100 Pine Street, Suite 2600**
**San Francisco, CA 94111**

### Request for Filing Fee

The Clerk received a Transfer of Claim 4 in the above referenced case on September 20, 2024.

The proper filing fee did not accompany this document. Debtors are not permitted to submit personal checks. A cashier's check or money order in the amount of $28.00 payable to Clerk, United States Bankruptcy Court must be submitted within seven days of the date this request is issued.

Failure to pay the fee may cause the court to take additional action.

**Please submit a copy of this request with your payment.**

                                      Michael R. Rhodes, Clerk
                                      United States Bankruptcy Court
                                      Western District of Pennsylvania
                                      5414 U.S. Steel Tower
                                      600 Grant Street
                                      Pittsburgh, PA 15219

Date: September 20, 2024                    By: /s/ Dmitriy Kampov
                                                      Deputy Clerk

---

**Instructions for Deputy Clerk:**            Filing Fee Paid: $Debtor(s)
Original and copy to filing party            Receipt No. Debtor(s)
Copy attached to document
Copy to Financial Administrator