# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 9/20/2024 |
| Case: 24−21091−GLT | Form ID: pdf900 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr   Michael Donohue   C/O Jordan Park Group LLC   100 Pine Street, Suite 2600   San Francisco, CA 94111

TOTAL: 1