# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Finish Robotics, Inc.** | ) | |
| | ) | **Bankruptcy No. 24-21091-GLT** |
| | ) | |
| | ) | |
| **Filing Party Name and Address:** | ) | |
| **Michael Donohue** | ) | |
| **C/O Jordan Park Group LLC** | ) | |
| **100 Pine Street, Suite 2600** | | |
| **San Francisco, CA 94111** | | |

### Request for Filing Fee

The Clerk received a Transfer of Claim 4 in the above referenced case on September 20, 2024.

The proper filing fee did not accompany this document. Debtors are not permitted to submit personal checks. A cashier's check or money order in the amount of $28.00 payable to Clerk, United States Bankruptcy Court must be submitted within seven days of the date this request is issued.

Failure to pay the fee may cause the court to take additional action.

**Please submit a copy of this request with your payment.**

                                        Michael R. Rhodes, Clerk
                                        United States Bankruptcy Court
                                        Western District of Pennsylvania
                                        5414 U.S. Steel Tower
                                        600 Grant Street
                                        Pittsburgh, PA 15219

Date: September 20, 2024                 By: /s/ Dmitriy Kampov
                                                                       Deputy Clerk

---

| | |
|---|---|
| **Instructions for Deputy Clerk:** | Filing Fee Paid: $Debtor(s) |
| Original and copy to filing party | Receipt No. Debtor(s) |
| Copy attached to document | |
| Copy to Financial Administrator | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21091-GLT |
| Finish Robotics, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Michael Donohue, C/O Jordan Park Group LLC, 100 Pine Street, Suite 2600, San Francisco, CA 94111-5212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 22, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-Illar@leechtishman.com PA95@ecfcbis.com |
| George T. Snyder | on behalf of Creditor Advanced Construction Robotics Inc. gsnyder@stonecipherlaw.com |
| Jeanne S. Lofgren | on behalf of Debtor Finish Robotics Inc. jlofgren@camlev.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 — User: auto — Page 2 of 2
Date Rcvd: Sep 20, 2024 — Form ID: pdf900 — Total Noticed: 1
TOTAL: 6