FILED
10/3/24 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 24-21091 |
| **FINISH ROBOTICS, INC.,** | Chapter 7 |
| *Debtor.* | Related to Dkt. Nos. 27, 28, 29, 38 |

### ORDER DENYING CLAIM OBJECTIONS WITHOUT PREJUDICE

On or about September 10, 2024, Lead Pencil, LLC filed four claim objections against creditors of the estate.[1] The objections did not conform with the local rules of the Court. Accordingly, a notice regarding nonconformity was issued immediately after.[2] Although an amended objection against one creditor was filed on September 16, 2024, it appears that many of the original deficiencies remain.

The claim objections are defective for several reasons. First, the caption on each objection fails to comply with the local rules of the Court.[3] The objector was also required to attach a proposed order in accordance with Local Rule 9013-1(a).[4] Additionally, the claim objections were not self-scheduled for hearing as required by Judge Taddonio's procedures.[5] Lastly, but most importantly, a limited liability company may not appear pro se.[6]

---

[1]  See *Objection to Claim of Andrew Kuzneski III with Request for Valuation of Security at Claim Number 10*. [Dkt. No. 27]; *Objection to Claim of F15 Fund I, a Series of Roll Up Vehicles, LP at Claim Number 8 and 12*. [Dkt. No. 28]; *Objection to Claim of Ricky A. Houghton at Claim Number 14*. [Dkt. No. 29] and *Objection to Claim of FI Fund I, a Series of 99 Tartans, LP at Claim Number 11*. [Dkt. No. 38].

[2]  See *Notice Regarding: Nonconforming Document* [Dkt. Nos. 30, 31, 32, and 33].

[3]  See W.Pa.LBR 9004-1.

[4]  See W.Pa.LBR 9013-1(a).

[5]  See *General Procedures Established for Cases Assigned to Judge Gregory L. Taddonio*. http://www.pawb.uscourts.gov/procedures-2

[6]  See In re 69 North Franklin Turnpike, LLC, 693 Fed. Appx.141. (3d Cir. 2017).

{00035580 - 10/2/2024 05:17 PM}

Section 1654 of title 28 of the U.S. Code governs appearances in federal court, and provides that "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct such causes therein."[7] It is well established that section 1654 requires all artificial entities (including but not limited to corporations, partnerships, and limited liability companies) to appear before federal courts only through legal counsel.[8] Accordingly, the Court will not entertain motions or objections filed pro se by corporate principals.[9]

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Objection to Claim of Andrew Kuzneski III with Request for Valuation of Security at Claim Number 10.* [Dkt. No. 27] is **DENIED.**

2. The *Objection to Claim of F15 Fund I, a Series of Roll Up Vehicles, LP at Claim Number 8 and 12.* [Dkt. No. 28] is **DENIED.**

3. The *Objection to Claim of Ricky A. Houghton at Claim Number 14.* [Dkt. No. 29] is **DENIED.**

4. The *Objection to Claim of FI Fund I, a Series of 99 Tartans, LP at Claim Number 11* [Dkt. No. 38] is **DENIED.**

[ *The rest of this page is left intentionally blank* ]

---

[7] 28 U.S.C. § 1654.

[8] See Rowland v. California Men's Colony, 506 U.S. 194, 203 (1993); Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007); Simbraw, Inc. v. United States, 367 F.2d 373, 373–75 (3d Cir. 1966); and Fed. R. Bankr. P. 9010(a), Advisory Committee Note 1983 ("This rule . . . does not purport to change prior holdings prohibiting a corporation from appearing pro se.").

[9] See W.D. Pa. LBR 9010-2(d) (providing that only natural persons may appear in Court without counsel).

5. Lead Pencil, LLC is hereby granted leave of 30 days to file amended objections that fully comply with the local rules of the court as well as Judge Taddonio's procedures.

DATED: October 03, 2024

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
Debtor
Lead Pencil, LLC

{00035580 - 10/2/2024 05:17 PM}