# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 10/3/2024 |
| Case: 24−21091−GLT | Form ID: pdf900 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr     Crystal H. Thornton−Illar    cthornton−Illar@leechtishman.com
aty    Crystal H. Thornton−Illar    cthornton−Illar@leechtishman.com
aty    Jeanne S. Lofgren    jlofgren@camlev.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Finish Robotics, Inc.    12 South Avenue    Sewickley, PA 15143
cr    Lead Pencil LLC    C/O Jordan Park roup LLC    100 Pine St. Suite 2600    San Francisco, CA 94111

TOTAL: 2