FILED
10/3/24 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Case No. 24-21091 |
| | : | |
| **FINISH ROBOTICS, INC.,** | : | Chapter 7 |
| | : | |
| *Debtor*. | : | |
| | : | Related to Dkt. Nos. 27, 28, 29, 38 |

### ORDER DENYING CLAIM OBJECTIONS WITHOUT PREJUDICE

On or about September 10, 2024, Lead Pencil, LLC filed four claim objections against creditors of the estate.[1] The objections did not conform with the local rules of the Court. Accordingly, a notice regarding nonconformity was issued immediately after.[2] Although an amended objection against one creditor was filed on September 16, 2024, it appears that many of the original deficiencies remain.

The claim objections are defective for several reasons. First, the caption on each objection fails to comply with the local rules of the Court.[3] The objector was also required to attach a proposed order in accordance with Local Rule 9013-1(a).[4] Additionally, the claim objections were not self-scheduled for hearing as required by Judge Taddonio's procedures.[5] Lastly, but most importantly, a limited liability company may not appear pro se.[6]

---

[1] See *Objection to Claim of Andrew Kuzneski III with Request for Valuation of Security at Claim Number 10.* [Dkt. No. 27]; *Objection to Claim of F15 Fund I, a Series of Roll Up Vehicles, LP at Claim Number 8 and 12.* [Dkt. No. 28]; *Objection to Claim of Ricky A. Houghton at Claim Number 14.* [Dkt. No. 29] and *Objection to Claim of FI Fund I, a Series of 99 Tartans, LP at Claim Number 11.* [Dkt. No. 38].
[2] See *Notice Regarding: Nonconforming Document* [Dkt. Nos. 30, 31, 32, and 33].
[3] See W.Pa.LBR 9004-1.
[4] See W.Pa.LBR 9013-1(a).
[5] See *General Procedures Established for Cases Assigned to Judge Gregory L. Taddonio.* http://www.pawb.uscourts.gov/procedures-2
[6] See In re 69 North Franklin Turnpike, LLC, 693 Fed. Appx.141. (3d Cir. 2017).

{00035580 - 10/2/2024 05:17 PM}

Section 1654 of title 28 of the U.S. Code governs appearances in federal court, and provides that "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct such causes therein."[7] It is well established that section 1654 requires all artificial entities (including but not limited to corporations, partnerships, and limited liability companies) to appear before federal courts only through legal counsel.[8] Accordingly, the Court will not entertain motions or objections filed pro se by corporate principals.[9]

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Objection to Claim of Andrew Kuzneski III with Request for Valuation of Security at Claim Number 10.* [Dkt. No. 27] is **DENIED.**

2. The *Objection to Claim of F15 Fund I, a Series of Roll Up Vehicles, LP at Claim Number 8 and 12.* [Dkt. No. 28] is **DENIED.**

3. The *Objection to Claim of Ricky A. Houghton at Claim Number 14.* [Dkt. No. 29] is **DENIED.**

4. The *Objection to Claim of FI Fund I, a Series of 99 Tartans, LP at Claim Number 11* [Dkt. No. 38] is **DENIED.**

[ *The rest of this page is left intentionally blank* ]

---

[7] 28 U.S.C. § 1654.
[8] See Rowland v. California Men's Colony, 506 U.S. 194, 203 (1993); Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007); Simbraw, Inc. v. United States, 367 F.2d 373, 373–75 (3d Cir. 1966); and FED. R. BANKR. P. 9010(a), Advisory Committee Note 1983 ("This rule . . . does not purport to change prior holdings prohibiting a corporation from appearing pro se.").
[9] See W.D. Pa. LBR 9010-2(d) (providing that only natural persons may appear in Court without counsel).

{00035580 - 10/2/2024 05:17 PM}

       5.    Lead Pencil, LLC is hereby granted leave of 30 days to file amended objections that fully comply with the local rules of the court as well as Judge Taddonio's procedures.

DATED: October 03, 2024

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
Debtor
Lead Pencil, LLC

{00035580 - 10/2/2024 05:17 PM}

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21091-GLT |
| Finish Robotics, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 03, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Finish Robotics, Inc., 12 South Avenue, Sewickley, PA 15143-2108 |
| cr | + | Lead Pencil LLC, C/O Jordan Park roup LLC, 100 Pine St. Suite 2600, San Francisco, CA 94111-5212 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 05, 2024 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com  PA95@ecfcbis.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-Illar@leechtishman.com  PA95@ecfcbis.com |
| George T. Snyder | on behalf of Creditor Advanced Construction Robotics  Inc. gsnyder@stonecipherlaw.com |
| Jeanne S. Lofgren | on behalf of Debtor Finish Robotics  Inc. jlofgren@camlev.com |
| Office of the United States Trustee | |

District/off: 0315-2   User: auto   Page 2 of 2
Date Rcvd: Oct 03, 2024   Form ID: pdf900   Total Noticed: 2

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6