```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| IN RE: | Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., | Chapter 7 |
| Debtor, | |
| MICHAEL DONOHUE, | Related Claim No. 8 and 12 |
| Movant, | Hearing Date & Time: 12/5/2024 at 10:00 a.m. |
| v. | |
| FI5 FUND I, A SERIES OF ROLL UP VEHICLES, LP, | |
| Respondent. | |

FILED 2024 NOV -6 A 9:50 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

OBJECTION TO PROOF OF CLAIM

Michael Donohue ("Movant"), pro se, hereby files this Objection to Proof of Claim No. 8 ("Claim") in the above-captioned case and in support thereof states as follows:

1. On May 3, 2024, Finish Robotics, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. Movant is a creditor of the Debtor, as transferee of claim 4.

3. On August 21, 2024, FI5 Fund I, a series of Roll Up Vehicles, LP (the "Creditor") filed Proof of Claim No. 8 (the "Claim") in the amount of $161,000.

4. Upon review of the claims register, Movant has discovered that the Claim is duplicative for the following reason:

   a. The Creditor has filed a duplicate claim (Claim No. 12) for the same amount against the Debtor.

5. The filing of duplicate claims is improper and may lead to the Creditor potentially receiving double payment for the same debt, which would be detrimental to other creditors, including Movant, in this bankruptcy case.

6. As Claim No. 8 and Claim No. 12 appear to be for the same debt, one of these claims should be disallowed to prevent duplicate claims against the Debtor's estate.

WHEREFORE, Movant respectfully requests that this Court enter an order:

A. Sustaining this Objection;

B. Disallowing Claim No. 8 as duplicative of Claim No. 12.

Respectfully submitted,

/s/ Michael B. Donohue
Michael Donohue, pro se

c/o Jordan Park Group LLC
100 Pine St, Suite 2600
San Francisco, CA 94111

415-851-5894
michael.donohue@gmail.com

Date: October 30, 2024

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2024, I caused a true and correct copy of the foregoing Objection to Proof of Claim to be served via First Class mail upon the following:

FI5 Fund I, a series of Roll Up Vehicles, LP
223 Bucktail Dr
Cranberry Twp, PA 16066-16066

FI5 Fund I, a series of Roll Up Vehicles, LP
PO Box 3217
Seattle, WA 98114

Finish Robotics, Inc.
12 South Avenue
Sewickley, PA 15143

Jeanne S. Lofgren
Campbell & Levine, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219

Crystal H. Thornton-Illar, Trustee
LEECHTISHMAN
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

/s/ Michael B. Donohue
Michael Donohue, pro se