IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 24-21091-GLT |
| | : |
| FINISH ROBOTICS, INC., | : Chapter 7 |
| | : |
| Debtor. | : |
| | : |
| MICHAEL DONOHUE, | : |
| | : Related Claim No. 8 and 12 |
| Movant, | : |
| | : Hearing Date & Time: |
| v. | : 12/5/2024 at 10:00 a.m. |
| | : |
| FI5 FUND I, A SERIES OF ROLL UP VEHICLES, LP, | : |
| | : |
| Respondent. | : |

ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Objection to Proof of Claim No. 8 filed by Michael Donohue, and any responses thereto, it is hereby ORDERED that:

1. The Objection is SUSTAINED.

2. It is therefore ORDERED that the Movant's motion is granted and the Movants' objection to the proof of claim at claim no. 8 is sustained and the proof of claim is denied in its entirety.

DATE:                                    BY THE COURT:

_____                          _____
                                        GREGORY L. TADDONIO
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE