IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Case No. 24-21091-GLT
                                    :
FINISH ROBOTICS, INC.,              : Chapter 7
                                    :
                    Debtor.         :
                                    : Related Claim No. 9 and 11
                                    :
:                                   :
MICHAEL DONOHUE,                    : Hearing Date: 12/5/2024
                                    : Hearing Time: 10:00 AM
              Movant,               :
                                    :
         v.                         :
                                    :
FI FUND I, A SERIES OF              :
99 TARTANS, LP,                     :
                                    :
              Respondent.           :

FILED

2024 NOV -6 A 9: 51

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

OBJECTION TO PROOFS OF CLAIM

NOW COMES Michael Donohue, a creditor in the above-captioned case

("Movant"), pro se, and files this Objection to Proofs of Claim Nos. 9

and 11 filed by FI Fund I, a Series of 99 Tartans, LP ("Respondent"),

and in support thereof, states as follows:


FACTUAL BACKGROUND

1. On May 3, 2024, Finish Robotics, Inc. (the "Debtor") filed a

voluntary petition for relief under Chapter 7 of the Bankruptcy Code.


2. Movant is a creditor of the Debtor, as transferee of claim 4.


3. On August 21, 2024, Respondent filed Proof of Claim No. 9 in the

amount of $186,378.00. Supporting documentation is a Promissory

Convertible Note dated August 2, 2023 with a principal amount of

$168,595.00.

4. On August 27, 2024, Respondent filed Proof of Claim No. 11 in the

amount of $181,066.41. Supporting documentation is a Promissory

Convertible Note with an incomplete date, appearing to be drafted in

July 2023, with a principal amount of $168,595.00.

5. The amount claimed in Proof of Claim No. 11 consists of $168,595.00

in principal and $12,471.41 in accrued interest. The exact dates used

for this interest calculation were not provided.

6. On information and belief:

    a. Respondent previously invested $204,595.00 in the Debtor, with a

deposit made to Debtor's account on May 13, 2022.

    b. On or about November 29, 2022, Respondent filed a lawsuit

against Ricky Houghton personally, seeking return of the full

investment amount (Case ID GD-22-014492, Allegheny County,

Pennsylvania).

    c. Debtor recorded a payment of $36,000 to Respondent on August 1,

2023.

    d. The aforementioned lawsuit changed to Discontinued status as of

August 7, 2023.

    e. The proof of claim shows an initial principal amount of $36,000

less than the investment made in May 2022.

7. On information and belief, the transaction log of Debtor's Brex account, attached hereto as Exhibit A, does not show any payment in the amount of $168,595.00 as listed in the proofs of claim, nor any incoming transfers from Respondent around the time of the dates on the proofs of claim filed.

GROUNDS FOR OBJECTION

8. The Claims should be disallowed for the following reasons:

First Ground: Duplicate Claims

a. Claims No. 9 and 11 appear to be for the same debt, as evidenced by:

    i. Both claims list the same principal amount of $168,595.00

    ii. Both claims reference promissory notes from approximately the same time period

b. The filing of duplicate claims is improper and may lead to the Respondent potentially receiving double payment for the same debt, which would be detrimental to other creditors.

Second Ground: Lack of Consideration

c. Respondent never paid the initial principal amount of the alleged debt based on the documents filed.

d. If Respondent intended to connect these claims to an amended investment from May 2022, the provided proof is insufficient, as:

    i. The original agreement was not provided

ii. The agreement that led to the $36,000 return payment was not

provided for other creditors to inspect

LEGAL ARGUMENT

9. Under basic contract law, a valid contract requires consideration

from both parties. Consideration is something of value given by both

parties to a contract that induces them to enter into the agreement.

In this case, if the creditor never paid the initial principal, there

was no consideration provided, and thus no valid contract was formed.

10. Additionally, the filing of duplicate claims against a bankruptcy

estate is improper and should be disallowed to prevent double recovery

and ensure equitable distribution among creditors.

RELIEF REQUESTED

WHEREFORE, Movant respectfully requests that this Court enter an

order:

A. Sustaining this Objection;

B. Disallowing Claim No. 9 as duplicative of Claim No. 11;

C. Disallowing Claim No. 11 in its entirety for lack of consideration;

and

D. Granting such other and further relief as the Court deems just and

proper.

Respectfully submitted,

Michael Donohue, pro se

c/o Jordan Park Group LLC
100 Pine St, Suite 2600
San Francisco, CA 94111

415-851-5894
michael.donohue@gmail.com

Date: October 30, 2024

EXHIBIT A

Transaction log of Debtor's Brex account from July 1, 2023 to
September 30, 2023.

| Date | To/From | Amount | Balance | Memo | External Memo | Originator Identific | Initiated By | Method | Status |
|---|---|---|---|---|---|---|---|---|---|
| 9/30/23 | Brex Card | -2058.78 | 50345.95 | | | | Brex | Card paymer | Complete |
| 9/28/23 | GUSTO | -2131.56 | 52404.73 | | TAX 150775 | 6semjv8731g | | ACH | Complete |
| 9/28/23 | GUSTO | -3705.35 | 54536.29 | | NET 150813 | 6semjv8731f | | ACH | Complete |
| 9/27/23 | GUSTO | -5000 | 58241.64 | | CND 138020 | 6semjv8af1d | | ACH | Complete |
| 9/27/23 | GUSTO | -6250 | 63241.64 | | CND 138020 | 6semjv8ae7c | | ACH | Complete |
| 9/26/23 | PRIMEPAY | -15 | 69491.64 | | DEBCARDTX | FR4095872194095 | | ACH | Complete |
| 9/21/23 | CHUBB-SCI | -2719.45 | 69506.64 | | DIRECT DEB | SCI | | ACH | Complete |
| 9/19/23 | Carcharadon LLC | 1611.08 | 72226.09 | | Terex Reimbursement | | Colleen Faller | ACH return | Complete |
| 9/19/23 | SSBTRUSTOPS | -1314.58 | 70615.01 | | P/R CONTR | | | ACH | Complete |
| 9/19/23 | PRIMEPAY | -17.28 | 71929.59 | | DEBCARDTX | FR4095872194095 | | ACH | Complete |
| 9/19/23 | Lone Oak Technology, LLC | -4200 | 71946.87 | | rent september | | Colleen F | Check | Complete |
| 9/18/23 | Carcharadon LLC | -1611.08 | 76146.87 | | Terex Reimbursement | | Colleen Faller | ACH | Complete |
| 9/18/23 | Robert Myer | -2000 | 77757.95 | | September payment | | Colleen F | Check | Complete |
| 9/15/23 | Karen T.W. Sutton | -3215 | 79757.95 | Patent Help | Finish Robotics 815 | | Colleen Faller | Check | Complete |
| 9/14/23 | GUSTO | -2131.58 | 82972.95 | | TAX 808062 | 6semjv4tf9m | | ACH | Complete |
| 9/14/23 | GUSTO | -3705.34 | 85104.53 | | NET 807837 | 6semjv4tf9l | | ACH | Complete |
| 9/14/23 | PRIMEPAY | -14.23 | 88809.87 | | DEBCARDTX | FR4095872194095 | | ACH | Complete |
| 9/11/23 | PRIMEPAY INVOICE | -50 | 88824.1 | | INVOICE | 00000tWzhAAE001 | | ACH | Complete |
| 9/6/23 | ZR INVESTMENTS LLC | 25000 | 88874.1 | | ROCKY CHERRY | | | Wire | Complete |
| 9/6/23 | GUSTO | -210.79 | 63874.1 | | FEE 643599 | 6semjv35570 | | ACH | Complete |
| 9/6/23 | SSBTRUSTOPS | -1314.58 | 64084.89 | | P/R CONTR | | | ACH | Complete |
| 9/6/23 | GUIDELINE RETIRE | -65 | 65399.47 | | GUIDELINE | ST-D6G5L8Q8U4H2 | | ACH | Complete |
| 8/30/23 | GUSTO | -3705.36 | 65464.47 | | NET 456158 | 6semjv0vtua | | ACH | Complete |
| 8/30/23 | GUSTO | -2131.54 | 69169.83 | | TAX 456123 | 6semjv0vtub | | ACH | Complete |
| 8/30/23 | Brex Card | -3036.06 | 71301.37 | | | | Brex | Card paymer | Complete |
| 8/29/23 | GUSTO | -6250 | 74337.43 | | CND 435581 | 6semjv14129 | | ACH | Complete |
| 8/25/23 | Carcharadon LLC | -694 | 80587.43 | | | | Colleen Faller | Check | Complete |
| 8/23/23 | Terex USA, LLC | 1 | 81281.43 | | Finish Robotics INV 7345481 | | Colleen Faller | ACH return | Complete |
| 8/23/23 | PRIMEPAY | -37.17 | 81280.43 | | DEBCARDTX | FR4095872194095 | | ACH | Complete |
| 8/22/23 | Terex USA, LLC | -1 | 81317.6 | Finish Robotics INV 73454 | Finish Robotics INV 7345481 | | Colleen Faller | ACH | Complete |
| 8/22/23 | Reed Smith LLP | -2500 | 81318.6 | | Finish Robotics Payment- please put this | Colleen Faller | | ACH | Complete |
| 8/21/23 | SSBTRUSTOPS | -1314.58 | 83818.6 | | P/R CONTR | | | ACH | Complete |
| 8/17/23 | EFD - NASAA | -985 | 85133.18 | | EFD FILING | 780829 | | ACH | Complete |
| 8/16/23 | Lone Oak Technology, LLC | -4000 | 86118.18 | | august rent | | Colleen Faller | Check | Complete |
| 8/16/23 | Reed Smith LLP | -2500 | 90118.18 | | Finish Robotics payment | | Colleen Faller | Check | Complete |
| 8/15/23 | SSBTRUSTOPS | -636 | 92618.18 | | P/R CONTR | | | ACH | Complete |
| 8/14/23 | Karen T.W. Sutton | -1400 | 93254.18 | | | | Colleen Faller | Check | Complete |
| 8/14/23 | GUSTO | -2131.56 | 94654.18 | | TAX 101963 | 6semjusr2rq | | ACH | Complete |
| 8/14/23 | GUSTO | -3705.35 | 96785.74 | | NET 104115 | 6semjusr2rp | | ACH | Complete |
| 8/14/23 | PRIMEPAY | -251 | 100491.09 | | DEBCARDTX | FR4095872194095 | | ACH | Complete |
| 8/11/23 | PRIMEPAY | -19.99 | 100742.09 | | DEBCARDTX | FR4095872194095 | | ACH | Complete |

| Date | Name | Amount | Balance | Description | Reference | Method | Status |
|---|---|---|---|---|---|---|---|
| 8/10/23 | GUSTO | -1406.46 | 100762.08 | NET 006339 | 6semjusr30o | ACH | Complete |
| 8/10/23 | PRIMEPAY INVOICE | -50 | 102168.54 | INVOICE | 00000tFn8AAE001 | ACH | Complete |
| 8/10/23 | GUSTO | -738.7 | 102218.54 | TAX 006532 | 6semjusr30p | ACH | Complete |
| 8/7/23 | Premium S.A. | -1384.37 | 102957.24 | Finish Robotics- 7123T - ODS-1500 24Vdc Colleen Faller | | Wire | Complete |
| 8/7/23 | GUIDELINE RETIRE | -65 | 104341.61 | GUIDELINE | ST-B1F3W1K1F0U4 | ACH | Complete |
| 8/4/23 | GUSTO | -197.95 | 104406.61 | FEE 936864 | 6semjus171v | ACH | Complete |
| 8/4/23 | SSBTRUSTOPS | -68.15 | 104604.56 | P/R CONTR | | ACH | Complete |
| 8/3/23 | MAGNESIUM VENTURES, LI | 75000 | 104672.71 | incoming transfer from MAGNESIUM VENTURES, LLC | | Wire | Complete |
| 8/1/23 | 99 Tartans | -36000 | 29672.71 99T settlement | 99T Settlement | Ricky Houghto | Wire | Complete |
| 8/1/23 | HIGHMARK | -3261.36 | 65672.71 | EDI PAYMTS | 39906395 | ACH | Complete |
| 8/1/23 | HIGHMARK | -3261.36 | 68934.07 | EDI PAYMTS | 39907377 | ACH | Complete |
| 8/1/23 | PRIMEPAY | -34.52 | 72195.43 | DEBCARDTX | FR4095872194095 | ACH | Complete |
| 7/31/23 | ANDREW J KUZNESKI | 24500 | 72229.95 | incoming transfer from ANDREW J KUZNESKI | | Wire | Complete |
| 7/31/23 | MICHELLE L GALLUZZO | 10000 | 47729.95 | TOM GALLUZZO | | Wire | Complete |
| 7/28/23 | EDWARD R ENGLER | 32500 | 37729.95 | INVESTING INTO BUSINESS | | Wire | Complete |
| 7/28/23 | GUSTO | -176.59 | 5229.95 | TAX 732310 | 6semjupe46v | ACH | Complete |
| 7/28/23 | GUSTO | -600.69 | 5406.54 | NET 732294 | 6semjupe46u | ACH | Complete |
| 7/26/23 | Lone Oak Technology LLC | -4000 | 6007.23 | Finish Robotics Rent July | Colleen Faller | Wire | Complete |
| 7/26/23 | ANDREW J KUZNESKI | 8000 | 10007.23 | incoming transfer from ANDREW J KUZNESKI | | Wire | Complete |
| 7/26/23 | PRIMEPAY | -60 | 2007.23 | DEBCARDTX | FR4095872194095 | ACH | Complete |
| 7/25/23 | PRIMEPAY | -156.38 | 2067.23 | DEBCARDTX | FR4095872194095 | ACH | Complete |
| 7/21/23 | HIGHMARK | -3261.36 | | EDI PAYMTS | 39775973 | ACH | Insufficient funds |
| 7/18/23 | SSBTRUSTOPS | -54.52 | 2223.61 | P/R CONTR | | ACH | Complete |
| 7/17/23 | PRIMEPAY | -60 | 2278.13 | DEBCARDTX | FR4095872194095 | ACH | Complete |
| 7/13/23 | GUSTO | -491.94 | 2338.13 | NET 349923 | 6semjuldrh5 | ACH | Complete |
| 7/13/23 | GUSTO | -129.89 | 2830.07 | TAX 349748 | 6semjuldrh6 | ACH | Complete |
| 7/12/23 | PRIMEPAY | -157.86 | 2959.96 | DEBCARDTX | FR4095872194095 | ACH | Complete |
| 7/10/23 | PRIMEPAY INVOICE | -50 | 3117.82 | INVOICE | 00000t7HSAAY001 | ACH | Complete |
| 7/7/23 | GUSTO | -34.89 | 3167.82 | TAX 256840 | 6semjukrlrj3 | ACH | Complete |
| 7/6/23 | GUSTO | -197.95 | 3202.71 | FEE 179792 | 6semjuk5kvt | ACH | Complete |
| 7/6/23 | GUIDELINE RETIRE | -65 | 3400.66 | GUIDELINE | ST-S4D2O9O9Q1W3 | ACH | Complete |
| 7/5/23 | CHUBB-SCI | -401.04 | 3465.66 | INS.PREM | SCI | ACH | Complete |
| 7/5/23 | SSBTRUSTOPS | -77.89 | 3866.7 | P/R CONTR | | ACH | Complete |
| 7/5/23 | PRIMEPAY | -75 | 3944.59 | DEBCARDTX | FR4095872194095 | ACH | Complete |

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2024, I caused a
true and correct copy of the foregoing Objection to Proofs of Claim to
be served via First Class mail upon the following:

FI Fund I, a Series of 99 Tartans, LP
P.O. Box 3217
Seattle, WA 98114

Finish Robotics, Inc.
12 South Avenue
Sewickley, PA 15143

Jeanne S. Lofgren
Campbell & Levine, LLC
310 Grant Street
Suite 1700
Pittsburgh, PA 15219

Crystal H. Thornton-Illar, Trustee
LEECHTISHMAN
525 William Penn Place
28th Floor
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222


Michael Donohue, Pro Se