IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 24-21091-GLT |
| | : |
| FINISH ROBOTICS, INC., | : Chapter 7 |
| | : |
| Debtor. | : |
| | : |
| | : |
| MICHAEL DONOHUE, | : |
| | : |
| Movant, | : |
| | : Related Claim No. 9 and 11 |
| v. | : |
| | : Hearing Date: 12/5/2024 |
| FI FUND I, A SERIES OF | : Hearing Time: 10:00 AM |
| | : |
| 99 TARTANS, LP, | : |
| | : |
| Respondent. | : |

ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Objection to Proofs of Claim filed by Michael Donohue, and any responses thereto, it is hereby ORDERED that:

1. The Objection is SUSTAINED.

2. Claim No. 9 filed by FI Fund I, a Series of 99 Tartans, LP is DISALLOWED as duplicative of Claim No. 11.

3. Claim No. 11 filed by FI Fund I, a Series of 99 Tartans, LP is DISALLOWED in its entirety for lack of consideration.

DATE:                                BY THE COURT:


_____              _____
                                    GREGORY L. TADDONIO
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE