IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 24-21091-GLT |
| | ) | |
| FINISH ROBOTICS, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | Hearing Date and Time: |
| MICHAEL DONOHUE, | ) | |
| | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | Response Deadline: Nov. 18, 2024 |
| v. | ) | |
| | ) | |
| FI FUND I, A SERIES OF 99 TARTANS LP, | ) ) | |

### **CERTIFACTE OF SERVICE**

I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served the Trustee's Response to Objection to Proofs of Claim on November 18, 2024 as set forth on the attached sheet.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Date: November 18, 2024         By: /s/ *Crystal H. Thornton-Illar*
                                Crystal H. Thornton-Illar
                                PA I.D. No. 93003
                                cthornton-illar@leechtishman.com
                                525 William Penn Place, 28th Floor
                                Pittsburgh, Pennsylvania 15219
                                (412) 261-1600

**Via CM/ECF Systems and electronic mail:**

**Michael Dononhue**
Michael.donohue@gmail.com

**Scott Duffy**
duffyse@hh-law.com

**Jeanne S. Lofgren**
jlofgren@camlev.com

**George T. Snyder**
gsnyder@stonecipherlaw.com

**Ricky Houghton**
ricky.houghton@gmail.com

**Robb Meyer**
ruther44@gmail.com



**VIA Regular Mail:**

**Advanced Construction Robotics, Inc.**
2500 South Noah Drive
Saxonburg, PA 16056

**Amazon**
410 Terry Ave. North
Seattle, WA 98109

**Brex Bank Account**
50 W Broadway, Suite 333
#15548
Salt Lake City, UT 84101

**Carnegie Mellon University**
4765 Forbes Ave.
Pittsburgh, PA 15213

**Columbia Gas**
P.O. Box 70285
Philadelphia, PA 19176

**Comcast**
P.O. Box 70219
Philadelphia, PA 19176

**CSU-OUCTS, PA Labor & Industry**
Commonwealth of Pennsylvania
Dept of Labor & Industry
Office of UC Tax Services- CSU
651 Boas Street, Room 900
Harrisburg, PA 17121

**Michael Donohue**
100 Pine Street
Suite 2600
San Francisco, CA 94111

**Edward Engler**
1618 Blackburn Heights Dr.
Sewickly, PA 15143

**FANUC America Corp.**
3900 West Hamlin Road
Rochester, MI 48309

**FI Fund I, a Series of 99 Tartans, LP**
P.O. Box 3217
Seattle, WA 98114

**FI5 Fund I, a series of Roll up Vehicles, LP**
223 Bucktail Dr.
Cranberry PA 16066

**FI5 Fund I, a series of Roll up Vehicles, LP**
P.O. Box 3217
Seattle, WA 98114

**Finish Robotics, Inc.**
12 South Ave.
Sewickly, PA 15143

**Tom Galluzzo**
101 Sarah Court
Gibsonia, PA 15044

**Rick Houghton**
10522 Meinert Road
Wexford PA 15090

**Innovation Works**
Two Allegheny Center
Suite 100
Pittsburgh, PA 15212

**Andrew Kuzuneski, III**
27 North 6th Street
Indiana, PA 15701

**Lead Pencil, LLC**
c/o Jordan Park Group, LLC
100 Pine Street, Suite 2600
San Francisco, CA 94111

**Lone Oak Technology, LLC**
264 Eicher Road
Pittsburgh, PA 15237

**Magnesium Ventures**
1805 Bellevue Ave.
Seattle, WA 98122

**Robert Meyer**
109 Branston Drive
Hampton VA 23666

**Microsoft/Software Subscription**
One Microsoft Way
Redmond, WA 98052

**Office of the United States Trustee**
1000 Liberty Ave.
Suite 1316
Pittsburgh, PA 15222

**Pitt Crew III, LLC**
629 N High Street, 6th Floor
Columbus, OH 43215

**Prime Pay**
1487 Dunwoody Drive
West Chester, PA 19380

**Quick Books**
Intuit Corporate Headquarters
2632 Marine Way
Mountain View, CA 94043

**Sewickley Water Authority**
900 Ohio River Blvd.
Sewickley, PA 15143

**Tango VC**
P.O. Box 3217
Seattle WA 98114

**Joshua Tarr**
P.O. Box 3217
Seattle WA 98114

**Yibo Xing**
587 Maybell Ave.
Palo Alto, CA 94306

**ZR Investments**
3116 Kellway Drive
Carrollton, TX 75006