Case 24-21091-GLT    Doc 53    Filed 12/03/24    Entered 12/03/24 16:10:14    Desc Main
Document    Page 1 of 1
FILED
12/3/24 4:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| In re: | : Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., | : Chapter 7 |
| Debtor. | |
| MICHAEL DONOHUE, | |
| Movant, | : Related Claim No. 8 and 12 |
| v. | : Hearing Date & Time: |
|  | : 12/5/2024 at 10:00 a.m. |
| FI5 FUND I, A SERIES OF ROLL UP VEHICLES, LP, | : Related to Docket No. 48 |
| Respondent. | |

ORDER

AND NOW, this **3rd Day of December**, 2024, upon consideration of the Objection to Proof of Claim No. 8 filed by Michael Donohue, and any responses thereto, it is hereby ORDERED that:

1. The Objection is SUSTAINED.

2. It is therefore ORDERED that the Movant's motion is granted and the Movants' objection to the proof of claim at claim no. 8 is sustained and the proof of claim is denied in its entirety.

BY THE COURT:

_____
GREGORY TADDONIO    drb
CHIEF UNITED STATES BANKRUPTCY JUDGE

DATED: December 03, 2024

# ENTERED BY DEFAULT