# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 12/3/2024 |
| Case: 24–21091–GLT | Form ID: pdf900 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr      Crystal H. Thornton–Illar      cthornton–Illar@leechtishman.com
aty      Crystal H. Thornton–Illar      cthornton–Illar@leechtishman.com
aty      Jeanne S. Lofgren      jlofgren@camlev.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Finish Robotics, Inc.      12 South Avenue      Sewickley, PA 15143

TOTAL: 1