FILED
12/3/24 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., | Chapter 7 |
| Debtor. | |
| MICHAEL DONOHUE, | |
| Movant, | |
| | Related Claim No. 9 and 11 |
| v. | |
| | Hearing Date: 12/5/2024 |
| FI FUND I, A SERIES OF | Hearing Time: 10:00 AM |
| 99 TARTANS, LP, | |
| | Related to Docket No. 50 |
| Respondent. | |

ORDER

AND NOW, this 3rd Day of December, 2024, upon consideration of the Objection to Proofs of Claim filed by Michael Donohue, and any responses thereto, it is hereby ORDERED that:

1. The Objection is SUSTAINED.

2. Claim No. 9 filed by FI Fund I, a Series of 99 Tartans, LP is DISALLOWED as duplicative of Claim No. 11.

3. Claim No. 11 filed by FI Fund I, a Series of 99 Tartans, LP is DISALLOWED in its entirety for lack of consideration.

BY THE COURT:

_____
GREGORY L. TADDONIO    drb
CHIEF UNITED STATES BANKRUPTCY JUDGE

DATED: December 03, 2024

**ENTERED BY DEFAULT**