FILED
12/3/24 4:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                              : Case No. 24-21091-GLT
                                    :
FINISH ROBOTICS, INC.,              : Chapter 7
                                    :
     Debtor.                        :
                                    :
                                    :
MICHAEL DONOHUE,                    :
                                    : Related Claim No. 8 and 12
     Movant,                        :
                                    : Hearing Date & Time:
v.                                  : 12/5/2024 at 10:00 a.m.
                                    :
FI5 FUND I, A SERIES OF             :
ROLL UP VEHICLES, LP,               :
                                    :   Related to Docket No. 48
     Respondent.                    :
                                    :
```

ORDER

AND NOW, this __3rd Day of December__, 2024, upon consideration of the Objection to Proof of Claim No. 8 filed by Michael Donohue, and any responses thereto, it is hereby ORDERED that:

1. The Objection is SUSTAINED.

2. It is therefore ORDERED that the Movant's motion is granted and the Movants' objection to the proof of claim at claim no. 8 is sustained and the proof of claim is denied in its entirety.

                                    BY THE COURT:

                                    _/s/ Gregory L. Taddonio_ **drb**
                                    GREGORY L. TADDONIO
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE

                                    DATED: December 03, 2024

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 24-21091-GLT
Finish Robotics, Inc.     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Dec 03, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Finish Robotics, Inc., 12 South Avenue, Sewickley, PA 15143-2108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| George T. Snyder | on behalf of Creditor Advanced Construction Robotics Inc. gsnyder@stonecipherlaw.com |
| Jeanne S. Lofgren | on behalf of Debtor Finish Robotics Inc. jlofgren@camlev.com |
| Office of the United States Trustee | |

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Dec 03, 2024     Form ID: pdf900     Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6