```
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| IN RE: | : Case No. 24-21091-GLT |
| | : |
| FINISH ROBOTICS, INC., | : Chapter 7 |
| | : |
| Debtor. | : |
| | : |
| MICHAEL DONOHUE, | : |
| | : |
| Movant, | : |
| | : Related Claim No. 9 and 11 |
| v. | : |
| | : Hearing Date: 12/5/2024 |
| FI FUND I, A SERIES OF | : Hearing Time: 10:00 AM |
| | : |
| 99 TARTANS, LP, | : |
| | :  Related to Docket No. 50 |
| Respondent. | : |

FILED
12/3/24 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

AND NOW, this **3rd Day of December**, 2024, upon consideration of the Objection to Proofs of Claim filed by Michael Donohue, and any responses thereto, it is hereby ORDERED that:

1. The Objection is SUSTAINED.

2. Claim No. 9 filed by FI Fund I, a Series of 99 Tartans, LP is DISALLOWED as duplicative of Claim No. 11.

3. Claim No. 11 filed by FI Fund I, a Series of 99 Tartans, LP is DISALLOWED in its entirety for lack of consideration.

BY THE COURT:

_____
GREGORY L. TADDONIO  **drb**
CHIEF UNITED STATES BANKRUPTCY JUDGE

DATED: December 03, 2024

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21091-GLT |
| Finish Robotics, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Finish Robotics, Inc., 12 South Avenue, Sewickley, PA 15143-2108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| George T. Snyder | on behalf of Creditor Advanced Construction Robotics  Inc. gsnyder@stonecipherlaw.com |
| Jeanne S. Lofgren | on behalf of Debtor Finish Robotics  Inc. jlofgren@camlev.com |
| Office of the United States Trustee | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Dec 03, 2024 Form ID: pdf900 Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6