# **NOTICE OF SALE**

**Sale Hearing: May 29, 2025 at 10:00 a.m.**
U.S. Bankruptcy Court, Courtroom A, 54th Floor, U.S. Steel Tower,
600 Grant Street, Pittsburgh, PA 15219.

In re: Finish Robotics, Inc.

Bankruptcy Case Number: 24-21091-GLT

Initial Offer: $75,000

Property to Be Sold: Substantially all of the assets of the Debtor, including, machinery, equipment, trailers, tools, inventory, all software and firmware, all permits and all intellectual property.

A sale motion has been filed [Doc. No. 57], which sets forth the assets for sale in more detail.. The sale is **As is, Where is** basis and is subject to higher and better offers at the sale hearing. The starting bid a must be $85,000 and subsequent bids in increments of $1,000 with a hand-money deposit of $7,500 at the time of the sale hearing. Objection to the sale motion must be filed and served by May 20, 2025.

For More Information Contact: Crystal Thornton-Illar, 525 William Penn Place, 29th Fl, Pittsburgh PA, 15219; 412-261-1600; cthornton-illar@leechtisman.com