**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., ) | |
|     Debtor. ) | Chapter 7 |
| ) | |
| ) | Honorable Gregory L. Taddonio |
| _____ ) | |
| ) | Related Document Nos. 57 & 58 |
| CRYSTAL H. THORNTON-ILLAR, ) | |
| Chapter 7 Trustee of Finish Robotics ) | |
| Inc., ) | Hearing Date & Time: |
| ) | **May 29, 2025 at 10:00 a.m.** |
|     Movant, ) | |
| ) | Response Date: **May 20, 2025** |
|     v. ) | |
| ADVANCED CONSTRUCTION ) | |
| ROBOTICS, INC.; COMMONWEALTH ) | |
| OF PA, DEPARTMENT OF LABOR AND ) | |
| INDUSTRY;  JOSEPH LOSINSKI, ) | |
| AMAZON; ANDREW KUZNESKI, III; ) | |
| BREX BANK ACCOUNT; CARNEGIE ) | |
| MELLON UNIVERSITY; COLUMBIA ) | |
| GAS; COMCAST; DUQUESNE LIGHT ) | |
| COMPANY; EDWARD ENGLER; FANUC ) | |
| AMERICA CORPORATION, FI FUND I, ) | |
| a series of 99 Tartans, LP; FINISH ) | |
| ROBOTICS, a series of Master Fund 500; ) | |
| INNOVATION WORKS; LEAD PENCIL, ) | |
| LLC; LONE OAK TECHNOLOGY, LLC; ) | |
| MICROSOFT; PITT CREW III, LLC; ) | |
| PRIMEPAY; QUICKBOOKS; REED ) | |
| SMITH, LLP; RICKY HOUGHTON; ) | |
| ROBERT MEYER III; ROBERT MEYER ) | |
| VI; SEWICKLEY WATER AUTHORITY; ) | |
| TANGO VC; YIBO XING, MICHAEL ) | |
| DONOHUE; FI5 Fund I, a series of RollUp ) | |
| Vehicles, LP; ANDREW KUZNESKI III; ) | |
| and  ZR INVESTMENTS , ) | |
| ) | |
|     Respondents. ) | |

**<u>CERTIFICATE OF SERVICE OF MOTION OF TRUSTEE'S MOTION FOR SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF THIRD-PARTY INTERESTS, LIENS, CLAIMS, CHARGES, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(b) AND APPROVAL OF BREAK-UP FEE AND EXPENSE REIMBURSEMENT AND HEARING NOTICE REGARDING THE SAME</u>**

I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served the: (1) *Trustee's Motion for Sale of Substantially All of the Debtor's Assets Free and Clear of Third Party Interests, Liens, Claims, Charges and Encumbrances Pursuant to 11 U.S.C. § 363(b) and approval of Break-up Fee and Expense Reimbursement*; and (2) *Hearing Notice* regarding the same as set forth on the attached sheet.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: May 5, 2025

By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
Telephone: 412.261.1600
Email: cthornton-illar@leechtishman.com

**Via CM/ECF Systems and electronic mail on May 3, 2025:**

Beau Beard
bbeard@stonecipherlaw.com

Michael Dononhue
Michael.donohue@gmail.com

Scott Duffy
duffyse@hh-law.com

Jeanne S. Lofgren
jlofgren@camlev.com

George T. Snyder
gsnyder@stonecipherlaw.com

Ricky Houghton
ricky.houghton@gmail.com

Robb Meyer
ruther44@gmail.com

**VIA U.S. First-Class Mail, postage prepaid, on May 5, 2025:**

Advanced Construction Robotics, Inc.
2500 South Noah Drive
Saxonburg, PA 16056

Amazon
410 Terry Ave. North
Seattle, WA 98109

Brex Bank Account
50 W Broadway, Suite 333
#15548
Salt Lake City, UT 84101

Carnegie Mellon University
4765 Forbes Ave.
Pittsburgh, PA 15213

Columbia Gas
P.O. Box 70285
Philadelphia, PA 19176

Comcast
P.O. Box 70219
Philadelphia, PA 19176

CSU-OUCTS, PA Labor & Industry
Commonwealth of Pennsylvania
Dept of Labor & Industry
Office of UC Tax Services- CSU
651 Boas Street, Room 900
Harrisburg, PA 17121

Commonwealth of PA
Department of Labor and Industry
UCTS – Collections Support Unit
P.O. Box 68568
Harrisburg, PA 17106-8568

Michael Donohue
c/o Jordan Park Group, LLC
100 Pine Street
Suite 2600
San Francisco, CA 94111

Edward Engler
1618 Blackburn Heights Dr.
Sewickley, PA 15143

FANUC America Corp.
3900 West Hamlin Road
Rochester, MI 48309

FI Fund I, a Series of 99 Tartans, LP
P.O. Box 3217
Seattle, WA 98114

FI5 Fund I, a series of Roll up Vehicles, LP
223 Bucktail Dr.
Cranberry PA 16066

FI5 Fund I, a series of Roll up Vehicles, LP
P.O. Box 3217
Seattle, WA 98114

Finish Robotics, Inc.
12 South Ave.
Sewickley, PA 15143

Tom Galluzzo
101 Sarah Court
Gibsonia, PA 15044

HAB-BPT
PO Box 21810
Lehigh Valley, PA 18002

Rick Houghton
10522 Meinert Road
Wexford PA 15090

Innovation Works
Two Allegheny Center
Suite 100
Pittsburgh, PA 15212

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1000 Liberty Avenue
Stop 711B
Pittsburgh, PA 15222

Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Andrew Kuzuneski, III
27 North 6th Street
Indiana, PA 15701

Lead Pencil, LLC
c/o Jordan Park Group, LLC
100 Pine Street, Suite 2600
San Francisco, CA 94111

Jeanne S. Lofgren, Esq.
Campbell & Levine, LLC
310 Grant Street
Suite 1700
Pittsburgh, PA 15219

Lone Oak Technology, LLC
264 Eicher Road
Pittsburgh, PA 15237

Joseph Losinski
PO BOX 4505
Burlington, VT 05406

Magnesium Ventures
1805 Bellevue Ave.
Seattle, WA 98122

Robert Meyer, III
109 Branston Drive
Hampton VA 23666

Robert Meyer, IV
223 Bucktail Drive
Cranberry Twp, PA 16066

Microsoft/Software Subscription
One Microsoft Way
Redmond, WA 98052

Office of the United States Trustee
1000 Liberty Ave.
Suite 1316
Pittsburgh, PA 15222

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128

Pitt Crew III, LLC
629 N High Street, 6th Floor
Columbus, OH 43215

Prime Pay
1487 Dunwoody Drive
West Chester, PA 19380

Quick Books
Intuit Corporate Headquarters
2632 Marine Way
Mountain View, CA 94043

Reed Smith
c/o Brad Funair, Esq.
225 Fifth Ave
Pittsburgh, PA 15222

Sewickley Water Authority
900 Ohio River Blvd.
Sewickley, PA 15143

Tango VC
P.O. Box 3217
Seattle WA 98114

Joshua Tarr
P.O. Box 3217
Seattle WA 98114

Yibo Xing
587 Maybell Ave.
Palo Alto, CA 94306

ZR Investments
3116 Kellway Drive
Carrollton, TX 75006