# EXHIBIT "B"

Bankruptcy Notice. Case Number: 24-21091-GLT. Debtor: Finish Robotics, Inc.    PAGE 1 OF 1

# Proof of Publication of Notice in Pittsburgh Legal Journal

*Commonwealth of Pennsylvania* }
} SS:
*County of Allegheny,* }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the words in the printed notice appearing to the right are the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

**May 12, 2025**

That affiant further states that he/she is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he/she is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
Signature of Affiant

Subscribed and sworn to before me this 12th day of May, 2025

_____
Notary Public

**Bankruptcy Notice**

Notice of Sale
Sale Hearing: May 29, 2025 at 10:00 a.m. U.S. Bankruptcy Court, Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.
In re: Finish Robotics, Inc.
Bankruptcy Case Number: 24-21091-GLT
Initial Offer: $75,000

Property to Be Sold: Substantially all of the assets of the Debtor, including, machinery, equipment, trailers, tools, inventory, all software and firmware, all permits and all intellectual property.

A sale motion has been filed (Doc. No. 57), which sets forth the assets for sale in more detail. The sale is As is, Where is basis and is subject to higher and better offers at the sale hearing. The starting bid a must be $85,000 and subsequent bids in increments of $1,000 with a hand-money deposit of $7,500 at the time of the sale hearing. Objection to the sale motion must be filed and served by May 20, 2025.

For More Information Contact: Crystal Thornton-Illar, 525 William Penn Place, 28th Fl., Pittsburgh, PA 15219; 412-261-1600; cthornton-illar@leechtisman.com.
25-01759 May 12, 2025

Commonwealth of Pennsylvania - Notary Seal
Marye Zoe Young, Notary Public
Allegheny County
My commission expires November 8, 2025
Commission number 1408873
Member, Pennsylvania Association of Notaries

Crystal H. Thornton-Illar
525 William Penn Place, 28th Fl.
Pittsburgh, PA 15219

### Statement of Advertising Cost

| | |
|---|---|
| For publishing the notice or advertisement on the above stated dates | $336.05 |
| Proof Fees | $0.00 |
| Total | $336.05 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 25-01759