# EXHIBIT "C"

| | |
|---|---|
| From: | Legal Advertising |
| To: | Dena A. Bender |
| Cc: | Crystal H. Thornton-Illar |
| Subject: | Re: Advertisement re Notice of Sale |
| Date: | Friday, May 16, 2025 8:35:37 AM |
| Attachments: | image001.png |
| | image002.png |
| | image.png |

I apologize for missing this. We will run this for you on Sunday at no cost.

**ORDER:** 191878
**RUN DATE:** 5/18
**COST:** No Cost

**NOTICE OF SALE**
Sale Hearing: May 29, 2025 at 10:00 a.m. U.S. Bankruptcy Court, Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

In re: Finish Robotics, Inc. Bankruptcy Case Number: 24-21091-GLT Initial Offer: $75,000

Property to Be Sold: Substantially all of the assets of the Debtor, including machinery, equipment, trailers, tools, inventory, all software and firmware, all permits and all intellectual property. A sale motion has been filed [Doc. No. 57], which sets forth the assets for sale in more detail.. The sale is **As is, Where is** basis and is subject to higher and better offers at the sale hearing. The starting bid a must be $85,000 and subsequent bids in increments of $1,000 with a hand-money deposit of $7,500 at the time of the sale hearing. Objection to the sale motion must be filed and served by May 20, 2025. For More Information Contact: Crystal Thornton-Illar, 525 William Penn Place, 29th Fl, Pittsburgh PA, 15219; 412-261-1600; cthornton-illar@leechtisman.com

Thank You

Trasie Forster
Legal Advertising
2201 Sweeney Drive
Clinton, PA 15026
412-263-1440
Please send all legal correspondences to legaladvertising@post-gazette.com