# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., ) | |
|     Debtor. ) | Chapter 7 |
| ) | |
| ) | Honorable Gregory L. Taddonio |
| _____ ) | |
| ) | Related Document Nos. 57 & 58 |
| CRYSTAL H. THORNTON-ILLAR, ) | |
| Chapter 7 Trustee of Finish Robotics ) | |
| Inc., ) | Hearing Date & Time: |
| ) | |
|     Movant, ) | |
| ) | Response Date: |
|     v. ) | |
| ADVANCED CONSTRUCTION ) | |
| ROBOTICS, INC.; COMMONWEALTH ) | |
| OF PA, DEPARTMENT OF LABOR AND ) | |
| INDUSTRY; JOSEPH LOSINSKI, ) | |
| AMAZON; ANDREW KUZNESKI, III; ) | |
| BREX BANK ACCOUNT; CARNEGIE ) | |
| MELLON UNIVERSITY; COLUMBIA ) | |
| GAS; COMCAST; DUQUESNE LIGHT ) | |
| COMPANY; EDWARD ENGLER; FANUC ) | |
| AMERICA CORPORATION, FI FUND I, ) | |
| a series of 99 Tartans, LP; FINISH ) | |
| ROBOTICS, a series of Master Fund 500; ) | |
| INNOVATION WORKS; LEAD PENCIL, ) | |
| LLC; LONE OAK TECHNOLOGY, LLC; ) | |
| MICROSOFT; PITT CREW III, LLC; ) | |
| PRIMEPAY; QUICKBOOKS; REED ) | |
| SMITH, LLP; RICKY HOUGHTON; ) | |
| ROBERT MEYER III; ROBERT MEYER ) | |
| VI; SEWICKLEY WATER AUTHORITY; ) | |
| TANGO VC; YIBO XING, MICHAEL ) | |
| DONOHUE; FI5 Fund I, a series of RollUp ) | |
| Vehicles, LP; ANDREW KUZNESKI III; ) | |
| and ZR INVESTMENTS , ) | |
| ) | |
|     Respondents. ) | |

## **ORDER GRANTING MOTION TO ALTER ADVERTISING REQUIREMENTS**

**AND NOW**, upon consideration of the Expedited Motion to Alter Advertising Requirements (the "Motion"), it is hereby

**ORDERED, ADJUDGED and DECREED** that the Motion is Granted; and it is further

**ORDERED, ADJUDGED and DECREED** that Trustee is permitted to advertise the Notice of Sale as set forth in the Motion; and it is further

**ORDERED, ADJUDGED and DECREED** that Trustee is deemed to have fulfilled all the advertising requirements for a sale of assets not in the ordinary course of business.

*Prepared by Crystal H. Thornton-Illar*

BY THE COURT:

_____
HONORABLE GREGORY L. TADDONIO
United States Bankruptcy Judge