FILED
5/20/25 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., | Chapter 7 |
|     Debtor. | Honorable Gregory L. Taddonio |
| | Related Document Nos. 57 & 58 |
| CRYSTAL H. THORNTON-ILLAR, Chapter 7 Trustee of Finish Robotics Inc., | Hearing Date & Time: |
|     Movant, | Response Date: |
| v. | |
| ADVANCED CONSTRUCTION ROBOTICS, INC.; COMMONWEALTH OF PA, DEPARTMENT OF LABOR AND INDUSTRY; JOSEPH LOSINSKI; AMAZON; ANDREW KUZNESKI, III; BREX BANK ACCOUNT; CARNEGIE MELLON UNIVERSITY; COLUMBIA GAS; COMCAST; DUQUESNE LIGHT COMPANY; EDWARD ENGLER; FANUC AMERICA CORPORATION, FI FUND I, a series of 99 Tartans, LP; FINISH ROBOTICS, a series of Master Fund 500; INNOVATION WORKS; LEAD PENCIL, LLC; LONE OAK TECHNOLOGY, LLC; MICROSOFT; PITT CREW III, LLC; PRIMEPAY; QUICKBOOKS; REED SMITH, LLP; RICKY HOUGHTON; ROBERT MEYER III; ROBERT MEYER VI; SEWICKLEY WATER AUTHORITY; TANGO VC; YIBO XING, MICHAEL DONOHUE; FI5 Fund I, a series of RollUp Vehicles, LP; ANDREW KUZNESKI III; and ZR INVESTMENTS , | Related to Docket No. 63 |
|     Respondents. | |

### ORDER GRANTING MOTION TO ALTER ADVERTISING REQUIREMENTS

**AND NOW**, upon consideration of the Expedited Motion to Alter Advertising Requirements (the "Motion"), it is hereby

**ORDERED, ADJUDGED and DECREED** that the Motion is Granted; and it is further

**ORDERED, ADJUDGED and DECREED** that Trustee is permitted to advertise the Notice of Sale as set forth in the Motion; and it is further

**ORDERED, ADJUDGED and DECREED** that Trustee is deemed to have fulfilled all the advertising requirements for a sale of assets not in the ordinary course of business.

*Prepared by Crystal H. Thornton-Illar*

BY THE COURT:

DATED:  May 20, 2025

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court