# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: auto | Date Created: 5/20/2025 |
| Case: 24−21091−GLT | Form ID: pdf900 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Crystal H. Thornton−Illar | cthornton−Illar@leechtishman.com |
| aty | Crystal H. Thornton−Illar | cthornton−Illar@leechtishman.com |
| aty | Jeanne S. Lofgren | jlofgren@camlev.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Finish Robotics, Inc. | 12 South Avenue | Sewickley, PA 15143 |

TOTAL: 1