FILED
5/20/25 8:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., ) | |
|     Debtor. ) | Chapter 7 |
| ) | |
| ) | Honorable Gregory L. Taddonio |
| _____) | |
| ) | Related Document Nos. 57 & 58 |
| CRYSTAL H. THORNTON-ILLAR, ) | |
| Chapter 7 Trustee of Finish Robotics ) | |
| Inc., ) | Hearing Date & Time: |
| ) | |
|     Movant, ) | |
| ) | Response Date: |
| v. ) | |
| ADVANCED CONSTRUCTION ) | |
| ROBOTICS, INC.; COMMONWEALTH ) | |
| OF PA, DEPARTMENT OF LABOR AND ) | Related to Docket No. 63 |
| INDUSTRY; JOSEPH LOSINSKI, ) | |
| AMAZON; ANDREW KUZNESKI, III; ) | |
| BREX BANK ACCOUNT; CARNEGIE ) | |
| MELLON UNIVERSITY; COLUMBIA ) | |
| GAS; COMCAST; DUQUESNE LIGHT ) | |
| COMPANY; EDWARD ENGLER; FANUC) | |
| AMERICA CORPORATION, FI FUND I, ) | |
| a series of 99 Tartans, LP; FINISH ) | |
| ROBOTICS, a series of Master Fund 500; ) | |
| INNOVATION WORKS; LEAD PENCIL, ) | |
| LLC; LONE OAK TECHNOLOGY, LLC; ) | |
| MICROSOFT; PITT CREW III, LLC; ) | |
| PRIMEPAY; QUICKBOOKS; REED ) | |
| SMITH, LLP; RICKY HOUGHTON; ) | |
| ROBERT MEYER III; ROBERT MEYER ) | |
| VI; SEWICKLEY WATER AUTHORITY; ) | |
| TANGO VC; YIBO XING, MICHAEL ) | |
| DONOHUE; FI5 Fund I, a series of RollUp ) | |
| Vehicles, LP; ANDREW KUZNESKI III; ) | |
| and ZR INVESTMENTS , ) | |
| ) | |
|     Respondents. ) | |

## ORDER GRANTING MOTION TO ALTER ADVERTISING REQUIREMENTS

**AND NOW**, upon consideration of the Expedited Motion to Alter Advertising Requirements (the "Motion"), it is hereby

**ORDERED, ADJUDGED and DECREED** that the Motion is Granted; and it is further

**ORDERED, ADJUDGED and DECREED** that Trustee is permitted to advertise the Notice of Sale as set forth in the Motion; and it is further

**ORDERED, ADJUDGED and DECREED** that Trustee is deemed to have fulfilled all the advertising requirements for a sale of assets not in the ordinary course of business.

*Prepared by Crystal H. Thornton-Illar*

BY THE COURT:

DATED:  May 20, 2025

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21091-GLT |
| Finish Robotics, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Finish Robotics, Inc., 12 South Avenue, Sewickley, PA 15143-2108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| George T. Snyder | on behalf of Creditor Advanced Construction Robotics  Inc. gsnyder@stonecipherlaw.com |
| Jeanne S. Lofgren | on behalf of Debtor Finish Robotics  Inc. jlofgren@camlev.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                     User: auto                                Page 2 of 2
Date Rcvd: May 20, 2025              Form ID: pdf900                         Total Noticed: 1
TOTAL: 6