# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., | Chapter 7 |
| Debtor. | The Honorable Gregory L. Taddonio |
| | Document No. ____ |
| CRYSTAL H. THORNTON-ILLAR, Chapter 7 Trustee of Finish Robotics Inc., | Related Document Nos. 57, 58 & 59 |
| Movant, | Hearing Date & Time: **May 29, 2025 at 10:00 a.m.** |
| v. | Response Deadline: **May 20, 2025** |
| ADVANCED CONSTRUCTION ROBOTICS, INC.; COMMONWEALTH OF PA, DEPARTMENT OF LABOR AND INDUSTRY; JOSEPH LOSINSKI, AMAZON; ANDREW KUZNESKI, III; BREX BANK ACCOUNT; CARNEGIE MELLON UNIVERSITY; COLUMBIA GAS; COMCAST; DUQUESNE LIGHT COMPANY; EDWARD ENGLER; FANUC AMERICA CORPORATION, FI FUND I, a series of 99 Tartans, LP; FINISH ROBOTICS, a series of Master Fund 500; INNOVATION WORKS; LEAD PENCIL, LLC; LONE OAK TECHNOLOGY, LLC; MICROSOFT; PITT CREW III, LLC; PRIMEPAY; QUICKBOOKS; REED SMITH, LLP; RICKY HOUGHTON; ROBERT MEYER III; ROBERT MEYER VI; SEWICKLEY WATER AUTHORITY; TANGO VC; YIBO XING, MICHAEL DONOHUE; FI5 Fund I, a series of RollUp Vehicles, LP; ANDREW KUZNESKI III; and ZR INVESTMENTS | |
| Respondents. | |

## PROOF OF PUBLICATION OF
## <u>NOTICE OF SALE IN THE PITTSBURGH POST-GAZETTE</u>

Crystal H. Thornton-Illar, the Chapter 7 Trustee of Finish Robotics, Inc. (the "<u>Trustee</u>"), hereby files this Proof of Publication of the Notice of Sale in the Pittsburgh Post-Gazette, which is attached.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: May 23, 2025

By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No.93003
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551
Email: cthornton-illar@leechtishman.com

*Chapter 7 Trustee*

No. _____ Term, _____

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss _____D. Rullo_____, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _regular_ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**18 of May, 2025**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

PG Publishing Company

Sworn to and subscribed before me this day of:
May 19, 2025

Commonwealth of Pennsylvania - Notary Seal
Amy McCay, Notary Public
Allegheny County
My commission expires January 24, 2026
Commission number 1323004
Member, Pennsylvania Association of Notaries

**COPY OF NOTICE OR PUBLICATION**

NOTICE OF SALE
Sale Hearing: May 29, 2025 at 10:00 a.m. U.S. Bankruptcy Court, Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
In re: Finish Robotics, Inc. Bankruptcy Case Number: 24-21091-GLT Initial Offer: $75,000
Property to Be Sold: Substantially all of the assets of the Debtor, including machinery, equipment, trailers, tools, inventory, all software and firmware, all permits and all intellectual property. A sale motion has been filed [Doc. No. 57], which sets forth the assets for sale in more detail.. The sale is **As is, Where is** basis and is subject to higher and better offers at the sale hearing. The starting bid a must be $85,000 and subsequent bids in increments of $1,000 with a hand-money deposit of $7,500 at the time of the sale hearing. Objection to the sale motion must be filed and served by May 20, 2025. For More Information Contact: Crystal Thornton-Illar, 525 William Penn Place, 29th Fl, Pittsburgh PA, 15219; 412-261-1600; cthornton-illar@leechtisman.com

**STATEMENT OF ADVERTISING COSTS**
Leech Tishman Fuscaldo & Lampl LLC
525 William Penn Pl., Fl. 28
ATTN: Liselle Konig
Pittsburgh, PA 15219

To PG Publishing Company
Total ------------------------------------------- $0.00

## Publisher's Receipt for Advertising Costs

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforesaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
Clinton, PA 15026
legaladvertising@post-gazette.com
Phone 412-263-1440

PG Publishing Company, a Corporation, Publisher of Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____ Attorney For

RECEIVED MAY 22 2025 By