Case 24-21091-GLT    Doc 67    Filed 05/29/25    Entered 05/29/25 14:21:41    Desc Main
Document    Page 1 of 1

FILED
5/29/25 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-21091-GLT |
| | : | Chapter: | 7 |
| Finish Robotics, Inc. | : | | |
| | : | | |
| | : | Date: | 5/29/2025 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #57 - Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: Substantially All Assets of the Debtor [Response due 5/20/2025]
#62 - Proof of Publication in the Pittsburgh Legal Journal on 5/12/25
#66 - Proof of Publication in the Pittsburgh Post-Gazette

**APPEARANCES**:

| | |
|---|---|
| Trustee: | Crystal H. Thornton-Illar |
| Premier: | Scott Duffy |
| Adv. Const. Robotics: | George Snyder (Joseph Angotti) |
| Indirect Investor | William Thai |
| Indirect Investor | Tony Thai |
| Creditor: | Michael Donohue |

[10:00]
**NOTES:**

Thorthon-Illar: The Debtor owns personal and intellectual property I am seeking authority to sell. I marketed the assets and received interest from four different parties. The best offer received at the time was from Premier FR, LLC. The Asset Purchase Agreement with Premier FR, LLC is for the purchase of substantially all of the assets of the Debtor for the purchase price of $75,000. The assets are to be sold on an "As is, Where Is" basis with no warranties of any kind. The assets are subject to a lien held by Advanced Construction Robotics Inc. ("ACR"). All other sale contingencies are satisfied.

Snyder: I submitted to the trustee a redlined revision of the Asset Purchase Agreement seeking the removal of the stalking horse bid and a few other provisions. The substantive provisions have been accepted by the trustee. To give the Court background on ACR, the company was formed for the purpose of creating innovative autonomous equipment. ACR hired the principal of the Debtor, he has no ownership in the company. This is an arms length transaction. ACR previously made a secured loan to the Debtor taking security in all assets. We filed a proof of claim in the amount of $50,240.17. I agreed with the trustee to treat $50,240 to serve as the credit bid. ACR reserves the right to assert additional amounts if it is not the successful bidder and seeks a distribution on account of its secured claim.

Duffy: I am satisfied at this point to proceed.

*[The Court exposed the assets to competitive bidding. The highest and best offer in the amount of $130,000 was made by ACR. The offer in the amount of $128,000 by Premier will serve as a backup bid.]*

**OUTCOME:**

1. The *Trustee's Motion for Sale of Substantially All of the Debtor's Assets Free and Clear of Third-Party Interests, Liens, Claims, Charges, and Encumbrances Pursuant to 11 U.S.C. § 363(b) and Approval of Break-Up Fee and Expense Reimbursement* [Dkt. No. 57] is **GRANTED**, subject to the submission of an amended proposed order by the Chapter 7 trustee under a certification of counsel. [Text order]

**DATED:** 5/29/2025