# Notice Recipients

District/Off: 0315−2           User: auto                    Date Created: 6/3/2025
Case: 24−21091−GLT             Form ID: pdf900               Total: 5

**Recipients of Notice of Electronic Filing:**
ust   Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
tr    Crystal H. Thornton−Illar             cthornton−Illar@leechtishman.com
aty   Crystal H. Thornton−Illar             cthornton−Illar@leechtishman.com
aty   Jeanne S. Lofgren                     jlofgren@camlev.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Finish Robotics, Inc.    12 South Avenue    Sewickley, PA 15143

TOTAL: 1