## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FINISH ROBOTICS, INC., | ) | Bankruptcy Case No. 24-21091-GLT |
|     Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| _____ | ) | Hearing Date & Time: May 29, 2025 |
| | ) | at 10:00 a.m. |
| CRYSTAL H. THORNTON-ILLAR, | ) | |
| Chapter 7 Trustee of Finish Robotics | ) | |
| Inc., | ) | Response Date: May 20, 2025 |
| | ) | |
|     Movant, | ) | |
| | ) | |
| v. | ) | |
| ADVANCED CONSTRUCTION | ) | |
| ROBOTICS, INC.; COMMONWEALTH | ) | |
| OF PA, DEPARTMENT OF LABOR AND | ) | |
| INDUSTRY; JOSEPH LOSINSKI, | ) | |
| AMAZON; ANDREW KUZNESKI, III; | ) | |
| BREX BANK ACCOUNT; CARNEGIE | ) | |
| MELLON UNIVERSITY; COLUMBIA | ) | |
| GAS; COMCAST; DUQUESNE LIGHT | ) | |
| COMPANY; EDWARD ENGLER; FANUC | ) | |
| AMERICA CORPORATION, FI FUND I, | ) | |
| a series of 99 Tartans, LP; FINISH | ) | |
| ROBOTICS, a series of Master Fund 500; | ) | |
| INNOVATION WORKS; LEAD PENCIL, | ) | |
| LLC; LONE OAK TECHNOLOGY, LLC; | ) | |
| MICROSOFT; PITT CREW III, LLC; | ) | |
| PRIMEPAY; QUICKBOOKS; REED | ) | |
| SMITH, LLP; RICKY HOUGHTON; | ) | |
| ROBERT MEYER III; ROBERT MEYER | ) | |
| VI; SEWICKLEY WATER AUTHORITY; | ) | |
| TANGO VC; YIBO XING, MICHAEL | ) | |
| DONOHUE; FI5 Fund I, a series of RollUp | ) | |
| Vehicles, LP; ANDREW KUZNESKI III; | ) | |
| and ZR INVESTMENTS , | ) | |
| | ) | |
|     Respondents. | ) | |

**REPORT OF SALE PURSUANT TO W.PA.LBR. 6004-1(c)(4)**

AND NOW this 29th day of August 2025, Crystal H. Thornton-Illar, the Chapter 7 Trustee of Finish Robotics, Inc. (the "Chapter 7 Trustee"), by and through her undersigned counsel, files this Report of Sale pursuant to that certain Order Confirming Sale of Substantially All of the Debtor's Assets Free and Clear of Third-Party Interests, Liens, Claims, Charges, and Encumbrances Pursuant to 11 U.S.C. § 363(b) and Approval of Break-up Fee and Expense Reimbursement at Docket No. 70 (the "Sale Order"), setting forth as follows:

1. On May 3, 2025, the Chapter 7 Trustee filed the Trustee's Motion for Sale of Real Property and Fixtures Free and Clear of Third-Party Interests, Liens, Claims, Charges, and Encumbrances Pursuant to 11 U.S.C. § 363(b) at Docket No. 57 (the "Sale Motion").

2. After notice and hearing held on May 29, 2025 (the "Sale Hearing"), this Court entered the Sale Order on June 3, 2025.

3. Pursuant to the Sale Order, Advanced Construction Robotics, Inc. (the "Purchaser") was found to have made the highest and best offer for the assets in the amount of $130,000 (the "Purchase Price"), and the sale of the assets was approved to the Purchaser in accordance with the terms and conditions of the Sale Order and that certain asset purchase agreement by and between Purchaser and the Chapter 7 Trustee (the "APA").

4. Pursuant to the Sale Order, closing was to occur within sixty (60) days of entry of the Sale Order (the "Closing Date") unless such Closing Date was extended by the written agreement.

5. On July 10, 2025, the Chapter 7 Trustee and the Purchasers closed on the sale of the assets (the "Closing").

6. Attached hereto as Exhibit "A" to this Report of Sale is the Bill of Sale.

7. This Report of Sale was delayed because there were some issues on the day of closing with the Debtor's former landlord. These issues caused a delay in the Purchaser being able to obtain all of the Debtor's assets and confirm that with the Trustee that all the assets had been removed. Those issues were resolved, and the Purchaser has confirmed that it was able to retrieve all the assets that were purchased.

                              Respectfully submitted,

                              LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: August 29, 2025        By: */s/ Crystal H. Thornton-Illar*
                                      Crystal H. Thornton-Illar (Pa. I.D. No. 93003)
                                      525 William Penn Place, 28th Floor
                                      Pittsburgh, PA  15219
                                      (412) 261-1600 (Phone)
                                      (412) 227-5551 (Fax)
                                      cthornton-illar@leechtishman.com

# BILL OF SALE

## RECITALS

WHEREAS, Finish Robotics, Inc. ("Debtor"), filed a voluntary petition for relief under Title 7 of the United States Code on May 3, 2024, commencing a bankruptcy case in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court") at Bankruptcy Case No. 24-21091 (the "Bankruptcy Case");

WHEREAS, Crystal Thornton-Illar was appointed as Chapter 7 Trustee ("Trustee" or "Grantor") for the bankruptcy estate of Debtor;

WHEREAS, Trustee and Advanced Construction Robotics, Inc. ("Grantee") entered into that certain Asset Purchase Agreement dated June __, 2025 (the "APA"), whereby Trustee agreed to sell and assign substantially all of the Debtor's assets to Grantee, free and clear of all liens, claims, interests and encumbrances; and

WHEREAS, on June 3, 2025, the Bankruptcy Court entered an Order in the Bankruptcy Case approving the sale and assignment of substantially all of the Debtor's assets to Grantee, free and clear of all liens, claims, interests and encumbrances (the "Sale Order").

NOW, THEREFORE WITNESSETH, FOR GOOD AND VALUABLE CONSIDERATION RECEIVED, Grantor hereby grants, bargains, sells, transfers and delivers to Grantee, subject to the terms and conditions of the Sale Order and the APA, all of the Seller's right, title and interest in and to the Purchased Assets (as such term is defined in the APA), free and clear of all Encumbrances (as such term is defined in the APA). Capitalized terms not otherwise defined herein shall have the meaning given to them in the APA. Except as provided for in the APA and herein, this conveyance and assignment is made without recourse, warranty or representation. The recitals set forth above are incorporated by reference as if fully set forth at length herein.

This conveyance and assignment shall inure to the benefit of, and bind, as the case may be, the parties hereto and their respective legal representatives, successors and assigns.

This conveyance and assignment may be executed in counterparts, each of which shall be deemed an original and all of which shall together constitute one and the same instrument. Electronically transmitted copies of executed signature pages of this conveyance and assignment shall have the same force and effect as the originals.

EXECUTED to be effective as of July 10th, 2025.

| | |
|---|---|
| **GRANTEE:** | **GRANTOR:** |
| ADVANCED CONSTRUCTION ROBOTICS, INC. | Crystal H. Thornton-Illar, the Chapter 7 Trustee of FINISH ROBOTICS, INC. |
| By: _[signature]_ Stephen Muck, Exec. Chairman | By: _____ Crystal H. Thornton-Illar, Chapter 7 Trustee of Finish Robotics, Inc. |

This conveyance and assignment may be executed in counterparts, each of which shall be deemed an original and all of which shall together constitute one and the same instrument. Electronically transmitted copies of executed signature pages of this conveyance and assignment shall have the same force and effect as the originals.

EXECUTED to be effective as of July 10, 2025.

| GRANTEE: | GRANTOR: |
|---|---|
| ADVANCED CONSTRUCTION ROBOTICS, INC. | Crystal H. Thornton-Illar, the Chapter 7 Trustee of FINISH ROBOTICS, INC. |
| By:_____ Stephen Muck, Exec. Chairman | By: /s/ Crystal H. Thornton-Illar Crystal H. Thornton-Illar, Chapter 7 Trustee of Finish Robotics, Inc. |