**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | Docket No. |
| | : | |
| | : | Hearing Date & Time: |
| Movant, | : | **May 28, 2026 at 10:00 a.m.** |
| v. | : | |
| | : | Response Date: **May 11, 2026** |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**SUMMARY COVER SHEET FOR THE FIRST AND FINAL FEE APPLICATION
OF LEECH TISHMAN FUSCALDO & LAMPL, LLC FOR THE ALLOWANCE OF
COMPENSATION AS COUNSEL TO THE TRUSTEE**

a.  Leech Tishman Fuscaldo & Lampl, LLC (the "**Applicant**") was appointed as counsel to the Chapter 7 Trustee on June 20, 2024 [Doc. No. 23].

b.  Your Applicant was employed by Crystal H. Thornton-Illar, the Chapter 7 Trustee (the "**Trustee**") of Finish Robotics, Inc.

c.  This is the First and Final Application of Leech Tishman Fuscaldo & Lampl, LLC ("**LTFL**") for the Allowance of Compensation as Counsel to the Trustee (the "**Application**") covering the period from June 20, 2024 through April 21, 2026.

d.  In this Application, your Applicant seeks approval of 100% of the requested fees, which amount is $14,430.50 for the period from June 20, 2024 through April 21, 2026.

e.  The Application also seeks approval of 100% of the requested expenses, which amount is $3,746.11 for the period from June 20, 2024 through April 21, 2026.

f.  The compensation requested is final.

g.  Your Applicant is holding a retainer of $0.00

h.  The amount of compensation previously requested is $0.00.

i.  The amount of compensation previously approved is $0.00.

j.    The amount of compensation previously paid is $0.00

k.    The amount of expenses previously requested is $0.00.

l.    The amount of expenses previously approved is $0.00.

m.    The amount of expenses previously paid is $0.00

n.    The blended hourly rate for the Period is $419.49.

o.    **A hearing on the Application will be held before the Honorable GREGORY L. TADDONIO on May 28, 2026 at 10:00 a.m. in Courtroom A in the United States Bankruptcy Court, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.**

p.    If a party in interest objects to the allowance of the Application, the objection must be filed with the Clerk and served not later than **May 11, 2026.** If no objections are filed, an order may be entered without a hearing.

LEECH TISHMAN FUSCALDO & LAMPL, LLC


Date:   April 23, 2026                    By: /s/ *Crystal H. Thornton-Illar*
                                         Crystal H. Thornton-Illar
                                         PA I.D. No. 93003
                                         525 William Penn Place, 28th Floor
                                         Pittsburgh, Pennsylvania 15219
                                         Telephone: 412.261.1600
                                         Facsimile: 412.227.5551
                                         cthornton-illar@leechtishman.com

                                         *Counsel to the Chapter 7 Trustee of*
                                         *Finish Robotics, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | Docket No. |
| | : | |
| | : | Hearing Date & Time: |
| Movant, | : | **May 28, 2026 at 10:00 a.m.** |
| v. | : | |
| | : | Response Date: **May 11, 2026** |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**<u>FIRST AND FINAL APPLICATION OF LEECH TISHMAN
FUSCALDO & LAMPL, LLC FOR THE ALLOWANCE OF
COMPENSATION AS COUNSEL TO THE TRUSTEE</u>**

AND NOW, comes Leech Tishman Fuscaldo & Lampl, LLC ("**LTFL**" or the "**Applicant**"), counsel to Crystal H. Thornton-Illar, the Chapter 7 Trustee (the "**Trustee**") of Finish Robotics, Inc. (the "**Debtor**"), and files this First and Final Application for the Allowance of Compensation as Counsel to the Trustee (the "**Application**"), respectfully making application to this Court as follows:

**<u>JURISDICTION</u>**

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue of this bankruptcy case is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.     On May 3, 2024 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under, Title 11, Chapter 7 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Western District of Pennsylvania (the "**Bankruptcy Court**") at the above-captioned case number (the "**Bankruptcy Case**").

4.     On May 6, 2024, the Trustee was appointed as the Chapter 7 trustee [Doc. No. 5].

5.     LTFL was appointed as counsel to the Trustee on June 20, 2024 [Doc. No. 23]. A copy of the Appointment Order is attached as **Exhibit "A."**

6.     The Debtor was a start-up company that used robotics to paint commercial buildings.

7.     This Bankruptcy Case has required legal services, and LTFL has rendered those services to the Trustee.

8.     Specifically, LTFL has provided advice and assistance on renewing various patent applications and the transfer of those patents upon the sale of substantially all of the assets of the Debtor as well as general bankruptcy advice and assistance.

9.      In this Application, LTFL seeks compensation for the services provided from June 20, 2024 through April 21, 2026 (the "**Period**").

10.     During the Period, LTFL provided a total of 34.40 hours of legal services for and on behalf of the Trustee. The value of the services performed by LTFL on behalf of the Trustee is $14,430.50. A detailed invoice is attached hereto, marked as **Exhibit "B**," and incorporated herein.

11.     All of the services performed by LTFL during the Period for which the approval of compensation is now being sought were performed for and on behalf of the Trustee for the benefit of the Debtor's estate.

12.     All fees charged by LTFL are the same as those charged to clients not subject to the protections and restrictions of the United States Bankruptcy Code. A Summary of Attorney and Paraprofessional Background is attached as **Exhibit "C"**. The Summary provides the name and rate of each professional that performed services for the Trustee during the Period.

13.     In addition to the professional and paraprofessional services rendered by LTFL on behalf of the Trustee, Applicant has incurred out-of-pocket expenses in the total amount of $3,746.11 during the Period, as itemized on **Exhibit "D".**

14.     The expenses set forth on Exhibit "D" are expenses for which Applicant routinely seeks and receives reimbursement from clients not subject to the protections and restrictions of the Bankruptcy Code.

15.     To date, the Trustee is currently holding $91,210.34 for the benefit of creditors of the Chapter 7 estate, which were collected through the liquidation of the Debtor's assets.

16.     Upon information and belief, other than the balance of the legal fees and expenses owed to LTFL, all other Chapter 7 administrative fees and expenses have been paid.

17.     Further, even after interim payment of the requested 100% of fees and 100% of expenses requested by Applicant totaling $18,176.61 the Trustee is still holding in excess of $70,000.

18.     LTFL was not paid a retainer in this case.

19.     Attached as **Exhibit "E"** is the Federal Rules of Bankruptcy Rule 2016 Verification of John M. Steiner.

3

WHEREFORE, LTFL respectfully requests that this Honorable Court enter an Order allowing and approving 100% of the Fees, which are $14,430.50, and 100% of the Expenses, which are $3,746.11 for the Period from June 20, 2024 through April 21, 2026, on a final basis and authorizing the Trustee to immediately pay the Fees and Expenses.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: April 23, 2026

By: /s/ *Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551
cthornton-illar@leechtishman.com

*Counsel to the Chapter 7 Trustee of*
*Finish Robotics, Inc.*

4