**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | |
| | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**<u>EXHIBIT "A"</u>**

**TO FIRST AND FINAL APPLICATION OF LEECH TISHMAN
FUSCALDO & LAMPL, LLC FOR THE ALLOWANCE OF
COMPENSATION AS COUNSEL TO THE TRUSTEE**

FILED
6/20/24 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 24-21091-GLT |
| | ) | |
| FINISH ROBOTICS, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | Hearing Date and Time: |
| CRYSTAL H. THORNTON-ILLAR, | ) | |
| | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | Response Deadline: |
| v. | ) | |
| | ) | |
| NO RESPONDENT, | ) | Related to Docket No. 21 |
| | ) | |
| Respondent. | ) | |

## <u>ORDER OF COURT</u>

AND NOW, upon this _20th Day of June_____, 2024 consideration of the

Trustee's Application to Employ Counsel to the Chapter 7 Trustee (the "<u>Motion</u>"), and it

appearing that Crystal H. Thornton-Illar and the law firm of Leech Tishman Fuscaldo Lampl,

LLC represent no interest adverse to this estate; it is hereby ORDERED, ADJUDGED and

DECREED that:

1)  the Motion is Granted;

2)  Crystal H. Thornton-Illar, the Chapter 7 Trustee, has authority to hire Crystal H.

    Thornton-Illar and the law firm of Leech Tishman Fuscaldo and Lampl, LLC as

    attorneys to the Trustee in this case for the reasons set forth in the Motion; and

3)  Crystal H. Thornton-Illar and Leech Tishman Fuscaldo & Lampl, LLC will only

    receive compensation in this case after the filing and approval of a fee application by

    this Court.

DATED: June 20, 2024

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court