**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | |
| | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**EXHIBIT "B"**

**TO FIRST AND FINAL APPLICATION OF LEECH TISHMAN
FUSCALDO & LAMPL, LLC FOR THE ALLOWANCE OF
COMPENSATION AS COUNSEL TO THE TRUSTEE**

# LEECH | TISHMAN

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

## Invoice

April 22, 2026

Invoice # 380577
Matter # 26388-001

Finish Robotics, Inc.
c/o Crystal Thornton-Illar
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

 Via Email:
cthornton-illar@leechtishman.com

### Re: Legal Work

**For services rendered through 3/31/2026**

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 06/18/2024 | CHT | Drafting Motion to Employ Leech Tishman Fuscaldo & Lampl | 0.50 | 212.50 |
| 10/11/2024 | JOC | Review email exchanges from prior counsel and trustee; review schedule of IP matters and research status of same with USPTO | 0.50 | 242.50 |
| 11/12/2024 | JOC | Confer with C. Thornton, Esq. and A. Passerin, Esq. regarding client IP matters (.4); Review due diligence inquiry (.5); prepare matter status report and work with C. Thronton on response to inquiry (.5); confirm information with R. Houghton (.2) | 1.60 | 776.00 |
| 04/08/2025 | CHT | Drafting Sale Motion | 1.30 | 585.00 |
| 04/28/2025 | CHT | Review and revise Sale Motion | 0.60 | 270.00 |
| 05/01/2025 | CHT | Draft Notice of Sale. | 0.40 | 180.00 |
| 05/02/2025 | CHT | Review revise and finalize Sale Motion. | 1.10 | 495.00 |
| 05/29/2025 | CHT | Prepare for and attend sale hearing. | 1.00 | 450.00 |
| 05/29/2025 | CHT | Review and revise sale order. | 0.30 | 135.00 |
| 07/30/2025 | CKY | Review quickbooks regarding preferences. | 0.70 | 402.50 |
| 09/09/2025 | CKY | Review bank statements for fraudulent conveyances. | 0.40 | 230.00 |
| 10/02/2025 | CKY | Correspond with C. Thornton-Illar regarding potential preferences and fraudulent transfers. | 0.30 | 172.50 |
| 01/06/2026 | CKY | Correspond with R. Houghton regarding potential preference payments. | 0.20 | 124.00 |
| 03/05/2026 | CKY | Draft Meyers demand letter. | 0.70 | 434.00 |

Finish Robotics, Inc.                                                                                                      Page: 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/13/2026 | CKY | Correspond with Crystal Thornton-Illar regarding potential claims against third parties (.4); correspond with R. Houghton regarding insider status of Meyers (.1). | 0.50 | 310.00 |
| 03/16/2026 | CKY | Correspond with R. Houghton regarding insider preferences (.1); correspond with D. Yeomans regarding potential fraudulent transfer claims (.3). | 0.40 | 248.00 |
| 03/16/2026 | DPY | Review and assess potential claims against third parties, correspondence with C. Yee regarding the same. Research on cause of action for tortious interference under Pennsylvania law. | 0.60 | 234.00 |
| 03/17/2026 | CKY | Correspond with R. Houghton regarding insider preferences (.3); revise Myer demand letter (.3). | 0.60 | 372.00 |
| 03/17/2026 | DPY | Research on cause of action for tortious interference under Pennsylvania law, correspondence with C. Yee and C. Illar regarding the same. | 1.00 | 390.00 |
| 03/18/2026 | CKY | Correspond with R. Houghton regarding potential tortious interreference. | 0.10 | 62.00 |
| 03/20/2026 | CKY | Telephone conference with C. Thonrton Illar, D. Yeoman, R. Hougton regarding potential tortious interference claim. | 0.60 | 372.00 |
| 03/20/2026 | DPY | Prepare for and attend conference call with Ricky Houghton, C. Illar and C. Yee regarding potential tortious interference claim, conference with C. Illar regarding the same. | 0.80 | 312.00 |
| 03/30/2026 | CKY | Review Myers preference response (.8); correspond with C. Thornton-Illar regarding same (.1). | 0.90 | 558.00 |
| **Total Fees:** | | | 15.10 | $7,567.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| John Christopher | 2.10 hours at $ 485.00/hour | 1,018.50 | |
| Crystal H. Thornton-Illar | 0.50 hours at $ 425.00/hour | 212.50 | |
| Crystal H. Thornton-Illar | 4.70 hours at $ 450.00/hour | 2,115.00 | |
| Clement K. Yee | 1.40 hours at $ 575.00/hour | 805.00 | |
| Clement K. Yee | 4.00 hours at $ 620.00/hour | 2,480.00 | |
| Daniel P. Yeomans | 2.40 hours at $ 390.00/hour | 936.00 | |
| **Total hours:** | **15.10** | **7,567.00** | |

| **Expenses:** | | Amount |
|---|---|---|
| | Imaging | 495.60 |
| | Postage & Delivery (incl FedEx | 108.78 |
| | Mileage/Tolls | 31.92 |
| 11/19/2024 | USPS | 56.64 |
| 05/05/2025 | USPS | 108.78 |
| 05/15/2025 | Sale Advertisement Fee in the Pittsburgh Legal Jou | 336.05 |
| 06/04/2025 | USPS | 74.34 |

PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

Finish Robotics, Inc.                                                                                      Page: 3

**Total Expenses:**                                                                          **$1,212.11**


**Total Current Charges Due By 5/22/2026**                                        **$8,779.11**

PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

# LEECH | TISHMAN

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

## Invoice

April 22, 2026

Invoice # 380578
Matter # 26388-1000

Finish Robotics, Inc.
c/o Crystal Thornton-Illar
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

 Via Email:
cthornton-illar@leechtishman.com

### Re: General Intellectual Property Matters

**For services rendered through 3/31/2026**

| Professional Fees | | | Hours | Amount |
|---|---|---|---:|---:|
| 09/30/2024 | MDL | Prepare and submit draft confidentiality agreement for client review | 3.50 | 1,715.00 |
| 10/07/2024 | AMP | Conference with D. Peake regarding information needed for United States Patent and Trademark Office; finalize and send email to R. Houghton and C. Thornton-Illar regarding same. | 0.40 | 188.00 |
| 10/10/2024 | DMP | Finalize and electronically file Change Representation form for pending trademark applications with the USPTO | 0.60 | 96.00 |
| 10/10/2024 | DMP | Finalize and electronically file Change Representation form for trademark registration with the USPTO | 0.40 | 64.00 |
| 06/09/2025 | AMP | Attend Teams meeting with C. Thornton-Illar and D. Peake regarding assignments and recordings at United States Patent and Trademark Office. | 0.50 | 262.50 |
| 06/11/2025 | AMP | Attend Teams meeting with J. Angotti regarding docket and Intellectual Property matters; email to J. Angotti providing listing of Intellectual Property matters. | 0.40 | 210.00 |
| 07/08/2025 | AMP | Consider trademark and patent assignment documents and email to C. Thornton-Illar regarding same. | 0.40 | 210.00 |
| 07/08/2025 | DMP | Review schedules for the patent and trademark Assignments | 0.30 | 60.00 |
| **Total Fees:** | | | 6.50 | $2,805.50 |

### Rate Summary

| | | | |
|---|---|---:|---:|
| Michael D. Lazzara | 3.50 hours at $ 490.00/hour | 1,715.00 |
| Alicia M. Passerin | 0.40 hours at $ 470.00/hour | 188.00 |
| Alicia M. Passerin | 1.30 hours at $ 525.00/hour | 682.50 |
| Donna M. Peake | 1.00 hours at $ 160.00/hour | 160.00 |

Finish Robotics, Inc.                                                                                     Page: 2

| Donna M. Peake | 0.30 hours at $ 200.00/hour | 60.00 |
|---|---|---|
| **Total hours:** | **6.50** | **2,805.50** |

**Total Current Charges Due By 5/22/2026**                                    **$2,805.50**

PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

# LEECH | TISHMAN

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

## Invoice

April 22, 2026

Invoice # 380579
Matter # 26388-1V1

Finish Robotics, Inc.
c/o Crystal Thornton-Illar
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

 Via Email:
cthornton-illar@leechtishman.com

**_Re: SEMI-AUTONOMOUS MOBILE ROBOTICS LASER ABLATION SYSTEM AND METHOD - U.S. Provisional Patent Application_**

**_For services rendered through 3/31/2026_**

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 09/18/2024 | CMY | Reviewed patent portfolio and upcoming deadlines; reviewed provisional application having upcoming expiration date; preparation for and telephone call with R. Houghton regarding expiring provisional patent application and patent strategy; correspondence with same regarding patent strategy. | 0.80 | 280.00 |
| 09/23/2024 | AMP | Consider application and filing strategy for intellectual property. | 0.50 | 235.00 |
| 09/24/2024 | DMP | Prepare Application Data Sheet and Provisional Cover Sheet for filing with the provisional patent application | 0.70 | 112.00 |
| 09/25/2024 | DMP | Finalize and electronically file provisional patent application with the USPTO; report same to C. Thornton-Illar | 0.50 | 80.00 |
| 09/25/2024 | DMP | Prepare Assignment document; email same to C. Thornton-Illar to forward to inventor for signature | 0.60 | 96.00 |
| 10/10/2024 | DMP | Email to R. Houghton forwarding the Assignment for signature | 0.30 | 48.00 |
| 10/16/2024 | DMP | Submit Assignment to the USPTO Assignment Division for recordation | 0.50 | 80.00 |
| **Total Fees:** | | | 3.90 | $931.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| Alicia M. Passerin | 0.50 | hours at $ 470.00/hour | 235.00 |
| Donna M. Peake | 2.60 | hours at $ 160.00/hour | 416.00 |
| Charles M. Yeomans | 0.80 | hours at $ 350.00/hour | 280.00 |
| **Total hours:** | **3.90** | | **931.00** |

Finish Robotics, Inc.                                                                                      Page: 2

| **Expenses:** | | Amount |
|---|---|---|
| 09/24/2024 | U.S. Patent Office provisional patent application filing fee | 120.00 |
| | **Total Expenses:** | **$120.00** |

| | |
|---|---|
| **Total Current Charges Due By 5/22/2026** | **$1,051.00** |

PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

# LEECH | TISHMAN

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

## Invoice

April 22, 2026

Invoice # 380580
Matter # 26388-2

Finish Robotics, Inc.
c/o Crystal Thornton-Illar
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Via Email:
cthornton-illar@leechtishman.com

### *Re: FINISHBOT - U.S. Trademark Application No. 97/353,873*

*For services rendered through 3/31/2026*

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 10/08/2024 | AMP | Conference with D. Peake regarding upcoming deadline for filing specimen and statement of use; email to C. Thornton-Illar regarding same; exchange emails with R. Houghton regarding same. | 0.30 | 141.00 |
| 10/18/2024 | JOC | Review file history; extension of time to file statement of use | 0.50 | 242.50 |
| 10/21/2024 | LMB | File 2nd Request for Extension of Time to file a Statement of Use with the United States Patent and Trademark Office; report same. | 0.60 | 150.00 |
| 04/03/2025 | LMB | File Third Extension of Time to File a Statement of Use with the United States Patent and Trademark Office. | 0.60 | 150.00 |
| | **Total Fees:** | | 2.00 | $683.50 |

### Rate Summary

| | | | |
|---|---|---|---|
| Lisa M. Burns | 1.20 | hours at $ 250.00/hour | 300.00 |
| John Christopher | 0.50 | hours at $ 485.00/hour | 242.50 |
| Alicia M. Passerin | 0.30 | hours at $ 470.00/hour | 141.00 |
| **Total hours:** | **2.00** | | **683.50** |

| Expenses: | | Amount |
|---|---|---|
| 10/21/2024 | U.S. Trademark Office fee for a Request for six-month extension for filing an SOU, per class | 125.00 |
| 04/03/2025 | U.S. Trademark Office fee for a Request for six-month extension for filing an SOU, per class | 125.00 |
| **Total Expenses:** | | **$250.00** |

Finish Robotics, Inc.

**Total Current Charges Due By 5/22/2026**                                    **$933.50**

# LEECH | TISHMAN

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

## Invoice

April 22, 2026

Finish Robotics, Inc.
c/o Crystal Thornton-Illar
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Invoice # 380581
Matter # 26388-3

Via Email:
cthornton-illar@leechtishman.com

### Re: FINISH ROBOTICS - U.S. Trademark Application No. 97/353,885

#### For services rendered through 3/31/2026

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 10/08/2024 | AMP | Conference with D. Peake regarding upcoming deadline for filing specimen and statement of use; email to C. Thornton-Illar regarding same; exchange emails with R. Houghton regarding same. | 0.30 | 141.00 |
| 10/18/2024 | JOC | Review file history; extension of time to file statement of use | 0.50 | 242.50 |
| 10/21/2024 | LMB | File 2nd Request for Extension of Time to file a Statement of Use with the United States Patent and Trademark Office; report same. | 0.60 | 150.00 |
| 04/03/2025 | LMB | File Third Extension of Time to File a Statement of Use with the United States Patent and Trademark Office. | 0.60 | 150.00 |
| | **Total Fees:** | | 2.00 | $683.50 |

#### Rate Summary

| | | | |
|---|---|---|---|
| Lisa M. Burns | 1.20 | hours at $ 250.00/hour | 300.00 |
| John Christopher | 0.50 | hours at $ 485.00/hour | 242.50 |
| Alicia M. Passerin | 0.30 | hours at $ 470.00/hour | 141.00 |
| **Total hours:** | **2.00** | | **683.50** |

| Expenses: | | Amount |
|---|---|---|
| 10/21/2024 | U.S. Trademark Office fee for a Request for six-month extension for filing an SOU, per class | 125.00 |
| 04/03/2025 | U.S. Trademark Office fee for a Request for six-month extension for filing an SOU, per class | 125.00 |
| **Total Expenses:** | | **$250.00** |

Finish Robotics, Inc.

Page: 2

**Total Current Charges Due By 5/22/2026**                                **$933.50**

**PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM**

# LEECH | TISHMAN

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

## Invoice

April 22, 2026

Invoice # 380582
Matter # 26388-4

Finish Robotics, Inc.
c/o Crystal Thornton-Illar
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

 Via Email:
cthornton-illar@leechtishman.com

### _Re: FINISHBOT AUTONOMOUS COATING SYSTEM - U.S. Trademark Application No. 97/468,033_

_For services rendered through 3/31/2026_

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 10/18/2024 | JOC | Review file history; extension of time to file statement of use | 0.50 | 242.50 |
| 04/03/2025 | LMB | File Third Extension of Time to File a Statement of Use with the United States Patent and Trademark Office. | 0.60 | 150.00 |
| **Total Fees:** | | | 1.10 | $392.50 |

#### Rate Summary

| | | | | |
|---|---|---|---|---|
| Lisa M. Burns | 0.60 | hours at $ 250.00/hour | 150.00 | |
| John Christopher | 0.50 | hours at $ 485.00/hour | 242.50 | |
| **Total hours:** | **1.10** | | **392.50** | |

| Expenses: | | Amount |
|---|---|---|
| 11/01/2024 | U.S. Trademark Office fee for a Request for six-month extension for filing an SOU, per class | 250.00 |
| 04/03/2025 | U.S. Trademark Office fee for a Request for six-month extension for filing an SOU, per class | 250.00 |
| **Total Expenses:** | | $500.00 |

**Total Current Charges Due By 5/22/2026** $892.50

# LEECH | TISHMAN

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

## Invoice

April 22, 2026

Invoice # 380583
Matter # 26388-6A1

Finish Robotics, Inc.
c/o Crystal Thornton-Illar
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

 Via Email:
cthornton-illar@leechtishman.com

**Re: *METHOD AND ASSEMBLY FOR MONITORING COATING MATERIAL QUANTITY IN CONTAINERS USED IN ROBOTIC COATING APPLICATIONS - U.S. Nonprovisional Patent Application No. 17/837,637***

*For services rendered through 3/31/2026*

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 10/16/2024 | DMP | Prepare Power of Attorney and Statement Under 3.73(c); email to C. Thornton-Illar forwarding the Power for signature | 1.00 | 160.00 |
| **Total Fees:** | | | 1.00 | $160.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| Donna M. Peake | 1.00 hours at $ 160.00/hour | | 160.00 |
| **Total hours:** | **1.00** | | **160.00** |

| Expenses: | | Amount |
|---|---|---|
| 11/08/2024 | U.S. Patent Office fee for Extension for response within third month | 592.00 |
| **Total Expenses:** | | **$592.00** |

| | |
|---|---|
| **Total Current Charges Due By 5/22/2026** | **$752.00** |

PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM

# LEECH | TISHMAN

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

## Invoice

April 22, 2026

Finish Robotics, Inc.
c/o Crystal Thornton-Illar
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Invoice # 380584
Matter # 26388-6A1P1

Via Email:
cthornton-illar@leechtishman.com

**_Re: METHOD AND ASSEMBLY FOR MONITORING COATING MATERIAL QUANTITY IN CONTAINERS USED IN ROBOTIC COATING APPLICATIONS - U.S. Continuation-In-Part Trademark Application_**

**_For services rendered through 3/31/2026_**

| Professional Fees | | | | Hours | Amount |
|---|---|---|---|---:|---:|
| 11/08/2024 | JOC | Review prior applications; review Official Action in parent application; preparation and filing of continuation-in-part patent application | | 2.00 | 970.00 |
| 01/27/2025 | JOC | Work on Response to USPTO Official Action | | 0.30 | 157.50 |
| | **Total Fees:** | | | 2.30 | $1,127.50 |

### Rate Summary

| | | | |
|---|---|---:|---:|
| John Christopher | 2.00 hours at $ 485.00/hour | | 970.00 |
| John Christopher | 0.30 hours at $ 525.00/hour | | 157.50 |
| **Total hours:** | **2.30** | | **1,127.50** |

| Expenses: | | Amount |
|---|---|---:|
| 11/08/2024 | U.S. Patent Office fee - Basic Filing Fee - Utility (electronic filing) | 64.00 |
| 11/08/2024 | U.S. Patent Office Utility Examination Fee | 320.00 |
| 11/08/2024 | U.S. Patent Office surcharge filing fee, search fee, examination fee or oath or declaration | 64.00 |
| 11/08/2024 | U.S. Patent Office Utility Search Fee | 280.00 |
| 01/28/2025 | U.S. Patent Office fee for Extension for response within first month | 94.00 |
| **Total Expenses:** | | **$822.00** |

Finish Robotics, Inc.                                                                                          Page: 2

**Total Current Charges Due By 5/22/2026**                                                **$1,949.50**

**PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM**

# LT  LEECH | TISHMAN

**Firm Headquarters**
525 William Penn Place
28th Floor
Pittsburgh PA 15219

## Invoice

April 22, 2026

Invoice # 380585
Matter # 26388-7A1

Finish Robotics, Inc.
c/o Crystal Thornton-Illar
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Via Email:
cthornton-illar@leechtishman.com

**Re: FULLY AND SEMI-AUTONOMOUS SHEET HANGING ROBOTIC PLATFORM SYSTEM AND METHOD - U.S. Nonprovisional Trademark Application No. 18/483,559**

**For services rendered through 3/31/2026**

| Professional Fees | | | Hours | Amount |
|---|---|---|---|---|
| 10/16/2024 | DMP | Prepare Power of Attorney and Statement Under 3.73(c); email to C. Thornton-Illar forwarding the Power for signature | 0.50 | 80.00 |
| **Total Fees:** | | | 0.50 | $80.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| Donna M. Peake | 0.50 hours at $ 160.00/hour | | 80.00 |
| **Total hours:** | **0.50** | | **80.00** |

**Total Current Charges Due By 5/22/2026**                                **$80.00**

PITTSBURGH, PA | CHICAGO, IL | LAKEWOOD RANCH, FL | LAX - EL SEGUNDO, CA
NEW YORK, NY | PASADENA, CA | STATE COLLEGE, PA | WILMINGTON, DE
525 WILLIAM PENN PLACE, 28TH FLOOR, PITTSBURGH, PA 15219
T: 412.261.1600 | F: 412.227.5551 | LEECHTISHMAN.COM