**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | |
| | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**EXHIBIT "C"**

**TO FIRST AND FINAL APPLICATION OF LEECH TISHMAN FUSCALDO &
LAMPL, LLC FOR THE ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS COUNSEL THE TRUSTEE**

## SUMMARY OF PROFESSONAL AND PARAPROFESSIONAL BACKGROUND

Your Applicant respectfully submits the following summary of the names, initials, years of experience, and hourly rate for each professional and paraprofessional from Leech Tishman Fuscaldo & Lampl, LLC that has rendered services to the Trustee from June 20, 2024 through April 21, 2026.

| Name | Initials | Years of Experience | 2026 Rate | Title |
|---|---|---|---|---|
| Lisa M. Burns | LMB | 20 | $250 | Paralegal |
| John Christopher | JOC | 30 | $525 | Partner |
| Crystal Thornton-Illar | CHT | 22 | $450 | Partner |
| Michael D. Lazzara | MDL | 29 | $490 | Partner |
| Alicia M. Passerin | AMP | 22 | $470 | Partner |
| Donna M. Peake | DMP | 25 | $160 | Paralegal |
| Clement K. Yee | CKY | 17 | $620 | Partner |
| Charles M. Yeomans | CMY | 14 | $350 | Associate |
| Daniel P. Yeomans | DPY | 9 | $390 | Associate |