**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | |
| | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**EXHIBIT "D"**

**TO FIRST AND FINAL APPLICATION OF LEECH TISHMAN FUSCALDO &
LAMPL, LLC FOR THE ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS COUNSEL THE TRUSTEE**

## SUMMARY OF APPLICATION FOR EXPENSES

Your Applicant respectfully submits the following breakdown of expenses provided in this case as counsel to the Trustee for the period of June 20, 2024 through April 21, 2026:

| Categories | Amount |
|---|---|
| Advertising | $336.05 |
| Imaging | $495.60 |
| Mileage and Tolls | $31.92 |
| Patent Office Fees | $2,534.00 |
| Postage and Delivery Fees | $348.54 |
| **Total Expenses** | **$3,746.11** |