**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | |
| | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**EXHIBIT "E"**

**TO FIRST AND FINAL APPLICATION OF LEECH TISHMAN FUSCALDO &
LAMPL, LLC FOR THE ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE 7 TRUSTEE**

## VERFICATION OF CRYSTAL H. THORNTON-ILLAR

**John M. Steiner, Esq.**, verifies that he is a Partner in the law firm of Leech Tishman Fuscaldo & Lampl, LLC, which is counsel to Crystal H. Thornton-Illar, the Chapter 7 Trustee of Finish Robotics, Inc.

That Leech Tishman Fuscaldo & Lampl, LLC is a disinterested person and does not represent or hold an interest adverse to the interests of the Estate on the matters for which it was employed, in accordance with Section 327(a) of the Bankruptcy Code;

That no prohibited agreement or understanding exists between Leech Tishman Fuscaldo & Lampl, LLC or any of its employees and any other person or persons for a division of compensation in this proceeding;

That no division of fees prohibited by Section 504 of the Bankruptcy Code has been or will be made;

That no agreement prohibited by 18 U.S.C. § 155 has been or will be made by Leech Tishman Fuscaldo & Lampl, LLC or any of its employees;

That no other prohibited division of compensation has been or will be made by Leech Tishman Fuscaldo & Lampl, LLC or any of its employees;

That in addition, the Application for Compensation is submitted in accordance with the provisions of Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Rules of this Court.

Dated: April 23, 2026                                     /s/ *John M. Steiner*
                                                         **John M. Steiner**