## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | Docket No. |
| | : | |
| | : | Hearing Date & Time: |
| Movant, | : | **May 28, 2026 at 10:00 a.m.** |
| v. | : | |
| | : | Response Date: **May 11, 2026** |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | |
| | : | |

### ORDER OF COURT

AND NOW, this _____ day of _____ 2026, upon consideration of the First and Final Application for the Allowance of Compensation of Counsel to the Chapter 7 Trustee (the "**Fee Application**"), notice being given and with good cause having been shown, it is hereby

ORDERED, ADJUDGED, and DECREED that the Fee Application is approved; and it is further

ORDERED, ADJUDGED, and DECREED that the Court allows and approves the fees of Leech Tishman Fuscaldo & Lampl, LLC ("**LTFL**") for the period from June 20, 2024 through April 21, 2026 (the "**Period**") in the total amount of 14,430.50 (the "**Fees**") on a final basis; and it is further

ORDERED, ADJUDGED, and DECREED that the Court allows and approves the expenses of LTFL for the Period in the total amount of $3,746.11 (the "**Expenses**") on a final basis; and it is further

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to immediately pay LTFL the Fees and Expenses in the total amount of $18,176.61; and it is further

ORDERED, ADJUDGED, and DECREED that this Court shall retain jurisdiction over all matters concerning this Order.

BY THE COURT:

_____

The Honorable Gregory L. Taddonio
United States Bankruptcy Judge