**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | Related Docket No. 75 |
| | : | |
| | : | Hearing Date & Time: |
| Movant, | : | **May 28, 2026 at 10:00 a.m.** |
| v. | : | |
| | : | Response Date: **May 11, 2026** |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | |
| | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
REGARDING FIRST AND FINAL APPLICATION OF LEECH TISHMAN
FUSCALDO & LAMPL, LLC FOR THE ALLOWANCE OF
COMPENSATION AS COUNSEL TO THE TRUSTEE**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the Motion by no later than **May 11, 2026**, (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's website to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **May 28, 2026 at 10:00 a.m.** before the Chief Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link

published on Judge Taddonio's website (which can be found at
https://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no
later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating
remotely shall comply with Judge Taddonio's *General Procedures,* (which can be found at
http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend
the hearing in person.**

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be
heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later
date.

Date of Service:  April 23, 2026

LEECH TISHMAN FUSCALDO & LAMPL, LLC

By:*/s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
Telephone:  412.261.1600
Facsimile:  412.227.5551
cthornton-illar@leechtishman.com