### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | Related Docket Nos. 75 & 76 |
| | : | |
| | : | Hearing Date & Time: |
| Movant, | : | **May 28, 2026 at 10:00 a.m.** |
| v. | : | |
| | : | Response Date: **May 11, 2026** |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | |
| | : | |

### CERTIFICATE OF SERVICE ON THE FIRST AND FINAL APPLICATION OF LEECH TISHMAN FUSCALDO & LAMPL, LLC FOR THE ALLOWANCE OF COMPENSATION AS COUNSEL TO THE TRUSTEE AND NOTICE OF HEARING WITH RESPONSE DEADLINE

I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served the(1) *First and Final Application of Leech Tishman Fuscaldo & Lampl, LLC for the Allowance of Compensation as Counsel to the Trustee*; and (2) *Notice of Hearing with Response Deadline* on April 23, 2026, via U.S. First-Class Mail, postage prepaid on the following parties on the attached list:

LEECH TISHMAN FUSCALDO & LAMPL, LLC


Dated: April 23, 2026

By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
Telephone: 412.261.1600
Facsimile:  412.227.5551
Email: cthornton-illar@leechtishman.com

**VIA the Court's E-Filing System and Electronic Mail, on April 23, 2026:**

| | | |
|---|---|---|
| **Jeanne S. Lofgren**<br>Campbell & Levine, LLC<br>310 Grant Street, Suite 1700<br>Pittsburgh, PA 15219<br>jlofgren@camlev.com | representing | **Finish Robotics, Inc.**<br>12 South Avenue<br>Sewickley, PA 15143<br>*(Debtor)* |
| **George T. Snyder**<br>Stonecipher Law Firm<br>200 Alpha Drive<br>Pittsburgh, PA 15238<br>gsnyder@stonecipherlaw.com | representing | **Advanced Construction Robotics, Inc.**<br>2500 South Noah Drive<br>Saxonburg, PA 16056<br>*(Creditor)* |

**VIA U.S. First-Class Mail, postage prepaid, on April 24, 2026:**

Advanced Construction Robotics, Inc.
2500 South Noah Drive
Saxonburg, PA 16056

Amazon
410 Terry Ave. North
Seattle, WA 98109

Brex Bank Account/Credit Card
50 W Broadway, Suite 333 - #15548
Salt Lake City, UT 84101

Carnegie Mellon University
4765 Forbes Ave.
Pittsburgh, PA 15213

Columbia Gas
P.O. Box 70285
Philadelphia, PA 19176

Comcast
P.O. Box 70219
Philadelphia, PA 19176

Department of Labor and Industry
Attn:  Office of Chief Counsel
651 Boas Street, 10th Floor
Harrisburg, PA 17121-0751

Michael Donohue
c/o Jordan Park Group, LLC
100 Pine Street, Suite 2600
San Francisco, CA 94111-5212

Edward Engler
1618 Blackburn Heights Dr.
Sewickley, PA 15143-8626

FANUC America Corporation
3900 West Hamlin Road
Rochester, MI 48309-3253

FI Fund I, a Series of 99 Tartans, LP
P.O. Box 3217
Seattle, WA 98114-3217

FI5 Fund I, a series of Roll up Vehicles, LP
223 Bucktail Dr.
Cranberry PA 16066-3441

FI5 Fund I, a series of Roll up Vehicles, LP
P.O. Box 3217
Seattle, WA 98114-3217

Finish Robotics, Inc.
12 South Ave.
Sewickley, PA 15143-2108

Tom Galluzzo
101 Sarah Court
Gibsonia, PA 15044-5320

Rick Houghton
10522 Meinert Road
Wexford PA 15090-9564

Innovation Works
Two Allegheny Center
Suite 100
Pittsburgh, PA 15212-5406

Andrew Kuzuneski, III
27 North 6th Street
Indiana, PA 15701

Lead Pencil, LLC
c/o Jordan Park Group, LLC
100 Pine Street, Suite 2600
San Francisco, CA 94111

Lone Oak Technology, LLC
264 Eicher Road
Pittsburgh, PA 15237

Magnesium Ventures
1805 Bellevue Ave.
Seattle, WA 98122

Robert Meyer, III
109 Branston Drive
Hampton VA 23666

Robert Meyer, IV
223 Bucktail Drive
Cranberry Twp,  PA 16066

Microsoft/Software Subscription
One Microsoft Way
Redmond, WA 98052

Office of the United States Trustee
1000 Liberty Ave.
Suite 1316
Pittsburgh, PA 15222

Pitt Crew III, LLC
629 N High Street, 6th Floor
Columbus, OH 43215

Prime Pay
1487 Dunwoody Drive
West Chester, PA 19380

Quick Books
Intuit Corporate Headquarters
2632 Marine Way
Mountain View, CA 94043

Reed Smith
c/o Brad Funair, Esq.
225 Fifth Ave
Pittsburgh, PA 15222

Sewickley Water Authority
900 Ohio River Blvd.
Sewickley, PA 15143

Tango VC
P.O. Box 3217
Seattle WA 98114

Yibo Xing
587 Maybell Ave.
Palo Alto, CA 94306

ZR Investments
3116 Kellway Drive
Carrollton, TX 75006

Beau Beard, Esq.
Stonecipher Law Firm
200 Alpha Drive
Pittsburgh, PA 15238-2906

Bernstein Law Firm
707 Grant Street, Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1900