**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 24-21091-GLT |
| | ) | |
| FINISH ROBOTICS, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Gregory L. Taddonio |
| | ) | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | ) | Related Document Nos. 75 and 78 |
| | ) | |
| | ) | Hearing Date and Time: |
| Movant, | ) | **May 28, 2026 @ 10:00 a.m.** |
| | ) | |
| v. | ) | Response Deadline: **May 11, 2026** |
| | ) | |
| NO RESPONDENT. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST AND
FINAL APPLICATION OF LEECH TISHMAN FUSCALDO & LAMPL, LLC
FOR THE ALLOWANCE OF COMPENSATION AS COUNSEL TO THE TRUSTEE**

1. On April 24, 2026, Leech Tishman Fuscaldo & Lampl, LLC ("Leech Tishman") filed its First and Final Application for the Allowance of Compensation as Counsel to the Trustee (the "Application") [Docket No. 75].

2. Pursuant to the Amended Notice of Hearing with Response Deadline [Docket No. 78] (the "Notice"), responses, if any, to the Application were required to have been filed with the Bankruptcy Court on or before May 11, 2026 (the "Response Deadline").

3. The Response Deadline has passed and no objections or objections to the Application appear on the docket or were served upon the undersigned counsel. In accordance with the Notice, if no response is filed, the Bankruptcy Court may determine after review of the Application that no hearing is required and accordingly enter Proposed Order by default.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated:  May 12,2026

By:*/s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar (PA I.D. No. 93003)
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
Telephone: 412.261.1600
Facsimile:  412.227.5551
cthornton-illar@leechtishman.com