# Notice Recipients

District/Off: 0315−2            User: auto                    Date Created: 5/12/2026

Case: 24−21091−GLT             Form ID: pdf900               Total: 6


**Recipients of Notice of Electronic Filing:**

ust        Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr         Crystal H. Thornton−Illar        cthornton−illar@leechtishman.com
aty        Crystal H. Thornton−Illar        cthornton−illar@leechtishman.com
aty        Jeanne S. Lofgren        jlofgren@camlev.com

                                                                    TOTAL: 4


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         Finish Robotics, Inc.        12 South Avenue        Sewickley, PA 15143
aty        Leech Tishman Fuscaldo & Lampl, LLC        525 William Penn Place        28th Floor        Pittsburgh, PA 15219

                                                                    TOTAL: 2