FILED
5/12/26 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| | : | |
| FINISH ROBOTICS, INC. | : | The Honorable Gregory L. Taddonio |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| LEECH TISHMAN FUSCALDO & LAMPL, LLC, | : | Docket No. |
| | : | |
| | : | Hearing Date & Time: |
| Movant, | : | **May 28, 2026 at 10:00 a.m.** |
| v. | : | |
| | : | Response Date: **May 11, 2026** |
| NO RESPONDENT. | : | |
| | : | |
| Respondents. | : | Related to Docket No. 75 |
| | : | |

### ORDER OF COURT

AND NOW, this _ 12th Day of May                     __ 2026, upon consideration of the First and Final Application for the Allowance of Compensation of Counsel to the Chapter 7 Trustee (the "**Fee Application**"), notice being given and with good cause having been shown, it is hereby

ORDERED, ADJUDGED, and DECREED that the Fee Application is approved; and it is further

ORDERED, ADJUDGED, and DECREED that the Court allows and approves the fees of Leech Tishman Fuscaldo & Lampl, LLC ("**LTFL**") for the period from June 20, 2024 through April 21, 2026 (the "**Period**") in the total amount of $14,430.50 (the "**Fees**") on a final basis; and it is further

ORDERED, ADJUDGED, and DECREED that the Court allows and approves the expenses of LTFL for the Period in the total amount of $3,746.11 (the "**Expenses**") on a final basis; and it is further

ORDERED, ADJUDGED, and DECREED that the Trustee is authorized to immediately pay LTFL the Fees and Expenses in the total amount of $18,176.61; and it is further

ORDERED, ADJUDGED, and DECREED that this Court shall retain jurisdiction over all matters concerning this Order.

BY THE COURT:

The Honorable Gregory L. Taddonio
United States Bankruptcy Judge

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 24-21091-GLT

Finish Robotics, Inc.                                                                Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Finish Robotics, Inc., 12 South Avenue, Sewickley, PA 15143-2108 |
| aty | + | Leech Tishman Fuscaldo & Lampl, LLC, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | on behalf of Attorney Leech Tishman Fuscaldo & Lampl LLC cthornton-illar@leechtishman.com, PA95@ecfcbis.com;dbender@leechtishman.com |
| George T. Snyder | on behalf of Creditor Advanced Construction Robotics Inc. gsnyder@stonecipherlaw.com, jdearment@stonecipherlaw.com |

District/off: 0315-2                        User: auto                              Page 2 of 2

Date Rcvd: May 12, 2026                     Form ID: pdf900                         Total Noticed: 2

Jeanne S. Lofgren
                    on behalf of Debtor Finish Robotics  Inc. jlofgren@camlev.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov


TOTAL: 7