**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., | : | Chapter 7 |
| Debtor. | : | The Honorable Gregory L. Taddonio |
| CRYSTAL H. THORNTON-ILLAR, the Chapter 7 Trustee of Finish Robotics, Inc., | : | Docket No. ___ |
| Movant, | : | Hearing Date and Time: **November 19, 2026 at 1:30 p.m.** |
| v. | : | |
| | : | Response Date**: November 3, 2026** |
| NO RESPONDENTS. | : | |

**AMENDED APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANT**

AND NOW, comes Crystal H. Thornton-Illar, the Chapter 7 Trustee of Finish Robotics, Inc. (the "**Trustee**"), by and through her undersigned counsel, Leech Tishman Fuscaldo & Lampl, LLC, and hereby files this Amended Application for Order Authorizing the Trustee to Employ Accountant (the "**Amended Application**") respectfully representing as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Amended Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

3. On May 3, 2024 (the "**Petition Date**"), Finish Robotics, Inc. (the "**Debtor**") filed a voluntary petition for relief under Title 11, Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq*. (the "**Bankruptcy Code**") at the above-captioned case number (the "**Bankruptcy Case**").

4. On May 6, 2024, Crystal H. Thornton-Illar was appointed as the interim chapter 7 trustee.

5. Prior to the Petition Date, the Debtor operated a robotics business.

6. During the course of the Bankrutpcy Case, the Trustee sold substantially all of the assets of the Debtor. On August 29, 2025, the Trustee filed a Report of Sale.

**RELIEF REQUESTED**

7. The Trustee requires an accountant to assist the Trustee in the administration of this Bankruptcy Case.

8. Specifically, the Trustee needs assistance preparing federal and state income taxes for the Debtor.

9. Therefore, the Trustee requests entry of an order pursuant to Sections 327 and 328 of the Bankruptcy Code authorizing her to employ and retain Bononi & Company, P.C. ("**Bononi**") as her accountant in this Bankruptcy Case pursuant to the terms set forth in the Engagement Letter between the Trustee and Bononi dated September 24, 2026 (the "**Engagement Letter**"), which is attached hereto as **Exhibit "A".**

10. The Trustee has selected Bononi because they have considerable experience and are a well-respected accounting firm. Additionally, the Trustee believes that Bononi is well-qualified to provide accounting services to the Trustee in this Bankruptcy Case.

11. The professional services that Bononi will render include the following:

- Preparation of the Debtor's federal and state tax returns;
- Advice on income tax matters;

- Preparation of any bookkeeping entries and accounting transactions and adjustments as necessary in connection with preparation of the Debtor's income tax returns; and
- Any other accounting services that become necessary in the Bankruptcy Case.

12. Attached hereto as **Exhibit "B"** is a Verification of Eric Bononi (**Mr. Bononi")** a certified public accountant and partner at Bononi, submitted pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Verification**").

13. To the best of the Trustee's knowledge, Mr. Bononi and Bononi are "disinterested" persons as that term is defined in Section 101(14) of the Bankruptcy Code.

14. To the best of the Trustee's knowledge, Mr. Bononi and Bononi have no connection with the Debtor, its creditors, the Bankruptcy Court, the Trustee, the United States Trustee, any person employed in the Office of the United States Trustee, any party in interest, or any of their respective attorneys or accountants except as set forth in the attached Verification.

15. The terms of employment of Bononi as agreed to by the Trustee and subject to approval of the Bankruptcy Court are that accountants and other personnel within Bononi will provide services to the Trustee at Bononi's standard hourly rate in effect at the time the services are rendered plus reimbursement for reasonable out-of-pocket expenses and internal charges for certain support activities. Bononi's current hourly rates are $275.00 per hour.

16. Except as may be disclosed in this Amended Application and the Verification, Bononi represents no interest adverse to the Trustee, the Debtor, its creditors, or the bankruptcy estate.

17. The Trustee submits Bononi's employment would be in the best interest of the Debtor and its bankruptcy estate.

18. Bononi reserves the right to file an amended or supplemental verification under Rule 2014 as may be necessary from time to time.

**WHEREFORE**, the Trustee respectfully requests that the Bankruptcy Court enter an Order, substantially in the form attached hereto, authorizing, and approving the Trustee's engagement and employment of Bononi as its accountant in this Bankruptcy Case and granting such other and further relief as may be just and proper.

Dated: October 17, 2026

Respectfully Submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

By: *<u>/s/ Crystal H. Thornton-Illar</u>*

Crystal Thornton-Illar, Esq.
PA ID No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551