**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., | : | Chapter 7 |
| Debtor. | : | The Honorable Gregory L. Taddonio |
| CRYSTAL H. THORNTON-ILLAR, the Chapter 7 Trustee of Finish Robotics, Inc., | : | |
| Movant, | : | |
| v. | : | |
| NO RESPONDENTS. | : | |

**EXHIBIT "B" TO AMENDED APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANT, *NUNC PRO TUNC***

**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br><br>FINISH ROBOTICS, INC.,<br><br>Debtor. | : | Bankruptcy Case No. 24-21091-GLT<br><br>Chapter 7<br><br>The Honorable Gregory L. Taddonio |
| CRYSTAL H. THORNTON-ILLAR, the Chapter 7 Trustee of Finish Robotics, Inc.,<br><br>Movant,<br><br>v.<br><br>NO RESPONDENTS. | : | |

**VERIFICATION OF ERIC E. BONONI PURSUANT TO BANKRUPTCY RULE 2014(a)**

I, Eric E. Bononi, hereby make this solemn oath that:

1. I am a CPA duly admitted to practice in the State of Pennsylvania.
2. I am a partner at the accounting firm of Bononi & Company, P.C. ("**Bononi**"). Bononi maintains its offices at 20 North Pennsylvania Avenue, Suite 201, Greensburg, Pennsylvania 15601.
3. To the best of my knowledge, I have no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee with the exception of the following: I serve on the Panel of Chapter 7 Trustees for the Western District of Pennsylvania and have routine interaction with the Office the Untied States Trustee in this capacity.
4. Bononi, its members, partners, and associates are "disinterested persons" as that term is defined by 11 U.S.C. § 101(14).

5. Bononi, its members, partners, and associates are well-qualified to provide accounting services to the Trustee in the within proceedings.

6. The terms of employment of Bononi, as agreed to by the Trustee and subject to approval of the Bankruptcy Court, are that accountants and other personnel within Bononi will provide services at Bononi's standard hourly rate in effect at the time the services are rendered plus reimbursement of any reasonable out-of-pocket expenses and internal charges for certain support activities. Bononi's current hourly rates are $275.00 per hour.

*/s/ Eric E. Bononi*
Eric E. Bononi, CPA