**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., | : | Chapter 7 |
| Debtor. | : | The Honorable Gregory L. Taddonio |
| CRYSTAL H. THORNTON-ILLAR, the Chapter 7 Trustee of Finish Robotics, Inc., | : | Related Doc. No. 91 |
| Movant, | : | |
| v. | : | |
| NO RESPONDENTS. | : | |

**AMENDED**
**EXHIBIT "A" TO AMENDED APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANT, *NUNC PRO TUNC***

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: October 20, 2026

By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551
cthornton-illar@leechtishman.com

*Chapter 7 Trustee*

CERTIFIED PUBLIC ACCOUNTANTS

ERIC ELIA BONONI, CPA, ESQ.
eric@bononilaw.com

DIANE L. ALAND, CPA
daland@bononilaw.com

September 24, 2026

Crystal H. Thornton-Illar, Esquire
Leech Tishman
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

RE: Finish Robotics, Inc. Bankruptcy
#24-21091-GLT
Tax Preparation

Dear Ms. Thornton-Illar:

This letter will confirm my agreement to represent you in preparation of your accounting needs. Because of the uncertainties of time your case may need, I am not in a position to quote you a set fee for my professional services. I indicated to you that I would represent you on an hourly basis for the actual work done on your case.

Our firm fees for myself and my staff are $275.00 per hour.

Financial documentation and tax returns are prepared from information provided by you utilizing data and records maintained by you. My work product will not guarantee that errors or misrepresentations are not present, and my records and files shall remain my property and are not a substitute for your records. You acknowledge that you will not rely upon these records for any future usage and acknowledge that catastrophic events and physical deterioration can result in my records being unavailable.

It is imperative that any notices you receive be immediately called to my attention. There may be instances when you receive notice and service of papers directly from the Internal Revenue Service. It is your primary responsibility to call such notice or service to my attention in the beginning and throughout the pendency of your matter.

You acknowledge that you will be receiving accounting services and not legal services. The protection of a client-lawyer relationship does not exist with respect to the provision of any non-legal services. Also, as our firm is also a law firm, but will not provide legal services on this matter.

Phone: 724.832.2499 • Fax: 724.836.0370

20 North Pennsylvania Ave. • Suite 201 • Greensburg, PA 15601

NEVER ASSUME THAT I HAVE RECEIVED NOTICE OF MATTERS RELATED TO YOUR CASE. IMMEDIATELY CONTACT MY OFFICE BY TELEPHONE TO ADVISE OF ANY PAPERS THAT YOU HAVE RECEIVED AND IMMEDIATELY PLACE THOSE PAPERS IN THE MAIL TO ME ON THE DAY OF RECEIPT. FAILURE TO DO SO MAY HAVE SEVERE ADVERSE CONSEQUENCES TO YOUR CLAIM.

You acknowledge that I have made no guarantees as to the disposition of any phase of this matter or matters for which I have been retained, as all statements made by me are my opinions.

I will attempt to answer your telephone messages as soon as possible and keep you updated on any developments in your case. Please understand there are times when I have court appearances, I am not in the office and therefore may not be able to return telephone calls within a day.

Please indicate your agreement to the terms of this fee arrangement by signing the enclosed letter and returning the original to me. You may retain the copy for your records. If you have any questions about this agreement, please contact me in writing.

Very truly yours,

ERIC ELIA BONONI, ESQ., CPA

I have read, understood and agreed to the terms stated above.

______________________________

Date: 09/25/2026

CRYSTAL H. THORTON-ILLAR