**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>FINISH ROBOTICS, INC.,<br><br>Debtor. | Bank. Case No.: 24-21091-GLT<br><br>Chapter 7<br><br>The Honorable Gregory L. Taddonio |
| CRYSTAL H. THORNTON-ILLAR, the Chapter 7 Trustee of Finish Robotics, Inc.,<br><br>Movant,<br><br>v.<br><br>NO RESPONDENTS. | Related Document Nos. 91 & 92<br><br>Hearing Date & Time:<br>**November 19, 2026 at 1:30 p.m.**<br><br>Response Deadline:<br>**November 3, 2026** |

## CERTIFICATE OF NO OBJECTION REGARDING AMENDED APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANT

1. On October 17, 2026, an Amended Application for Order Authorizing Trustee to Employ Accountant (the "Amended Application") was filed [Docket No. 91].

2. Pursuant to the Amended Notice of Hearing with Response Deadline [Docket No. 92] (the "Amended Notice"), responses, if any, to the Amended Application were required to have been filed with the Bankruptcy Court on or before November 3, 2026 (the "Response Deadline").

3. The Response Deadline has passed and no objections or objections to the Amended Application appear on the docket or were served upon the undersigned counsel. In accordance with the Amended Notice, if no response is filed, the Bankruptcy Court may determine after review of the Amended Application that no hearing is required and accordingly enter Proposed Order by default.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: November 4, 2026

By: /s/ *Crystal H. Thornton-Illar*

Crystal H. Thornton-Illar (PA I.D. No. 93003)
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551
cthornton-illar@leechtishman.com