FILED
11/5/26 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 24-21091-GLT |
| FINISH ROBOTICS, INC., | : | |
| Debtor. | : | Chapter 7 |
| CRYSTAL H. THORNTON-ILLAR, the Chapter 7 Trustee of Finish Robotics, Inc., | : | Related to Docket No. 91 |
| Movant, | : | Hearing Date: Oct. 29, 2026 at 10:00 a.m. |
| v. | : | Response Date: Oct. 19, 2026 |
| NO RESPONDENTS. | : | |

**ORDER OF COURT APPROVING ACCOUNTANT FOR THE TRUSTEE**

On this __ 5th Day of November _, 2026, upon consideration of the Application for Order Authorizing Trustee to Employ Accountant (the "**Application**") and upon the Verification of Eric E. Bononi, CPA, a partner in the firm of Bononi & Company, P.C. ("**Bononi**"), and the Court being satisfied that: (i) the members and associates of Bononi who will be engaged in this case do not hold or represent an interest adverse to Finish Robotics, Inc. (the "**Debtor**"), its creditors, or its Estate with respect to the matters for which the professionals will be engaged; (ii) Bononi is a "disinterested person" within the meaning of § 101(14) of the Bankruptcy Code; and (iii) the employment and retention of Bononi is necessary and in the best interests of the Debtor's Estate; and it appearing that notice and service of the Application has been proper; and it appearing that no other notice of this Application need be given or that any additional service need be made; and good and sufficient cause appearing therefore, it is, hereby **ORDERED, ADJUDGED, and DECREED** as follows:

(1) that the Application is granted in all respects;

(2) Bononi & Company, P.C., 20 North Pennsylvania Ave., Suite 201, Greensburg, PA 15601, is hereby appointed as accountant for the Trustee in this bankruptcy proceeding as of the date of the filing of the Application for the reasons set forth in the Application;

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation, and ability of the professional involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Bankruptcy Court to allow such fees at the requested hourly rates and is not a preapproval of compensation pursuant to 11 U.S.C. § 328(a). Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order. Any retainer paid to is unaffected by this Order and remains property of the Estate until further order of Court.

BY THE COURT:

The Honorable Gregory L. Taddonio
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 24-21091-GLT
Finish Robotics, Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Nov 05, 2026 Form ID: pdf900 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Finish Robotics, Inc., 12 South Avenue, Sewickley, PA 15143-2108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| acc | + | Email/Text: eric@bononilaw.com | Nov 05 2026 22:45:00 | Eric E. Bononi, Bononi & Company, P.C., 20 North Pennsylvania Avenue, Suite 201, Greensburg, PA 15601-2337 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CSU - OUCTS, PA Labor & Industry | ra-li-ucts-bankpitts@state.pa.us |
| Crystal H. Thornton-Illar | on behalf of Attorney Leech Tishman Fuscaldo & Lampl LLC cthornton-illar@leechtishman.com, PA95@ecfcbis.com;dbender@leechtishman.com |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |

Crystal H. Thornton-Illar
on behalf of Trustee Crystal H. Thornton-Illar cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com

George T. Snyder
on behalf of Creditor Advanced Construction Robotics Inc. gsnyder@stonecipherlaw.com, jdearment@stonecipherlaw.com

Jeanne S. Lofgren
on behalf of Debtor Finish Robotics Inc. jlofgren@camlev.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 7